JUDGE KEENAN

LP3_complaint3.D

07 CV 10990

Carl E. Person
Attorney for Plaintiff
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone:  (212) 307-4444
Facsimile:   (212) 307-0247
carlpers@ix.netcom.com



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

T & T IMPORTS, INC.,

                                    Plaintiff,

                    v.

RENZO FOOD CORP., d/b/a Fine Fare Supermarket;
JOHNNY DIAZ, individually and in his corporate capacity,
and GENERAL TRADING CO., INC.,

                                    Defendants.

-------------------------------------------------------------------x

**ECF CASE**

Index No.

**COMPLAINT**

    Plaintiff T & T Imports, Inc. ("Plaintiff") brings this action against

Defendants Renzo Food Corp. (the "Company"), Johnny Diaz, individually and in

his corporate capacity (the "Principal") and General Trading Co., Inc. ("General"),

for damages and alleges as follows:

## I. JURISDICTION

1.    Jurisdiction is vested in this Court pursuant to the Perishable Agricultural Commodities Act, specifically 7 U.S.C. § 499(c)(b)(2) and 7 U.S.C. § 499c(c)(5)(i) and pursuant to 28 U.S.C. §1331.

2.    Jurisdiction is also vested in this Court in that all corporate parties and the individual defendant regularly conduct business within the Southern District of New York.

3.    The Court has supplemental jurisdiction over the Plaintiff's claims arising under state law pursuant to 28 U.S.C. § 1367(a).

## II. VENUE

4.    Venue in this District is based on 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District and a substantial part of the property that is the subject of this action is situated in this District; also, the Company and the Principal are domiciled in this District, and General is doing business in this District.

## III. PARTIES

5.    Plaintiff, T & T Imports, Inc., d/b/a T & T Imports Co., a New York corporation, has offices at 571 Austin Place, Bronx, New York 10455, and operates it business under a valid USDA-issued PACA License, number 19930983, in good and active standing.

6.    Plaintiff sells wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce.

7.    Defendant, Renzo Food Corp., d/b/a Fine Fare Supermarket (the "Company"), a New York corporation, is a purchaser of Produce in wholesale quantities and, therefore a "dealer" pursuant to § 499a(b)(6) of the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t (the "PACA").

8.    The Company has its principal place of business at 763 Concourse Village West, Bronx, New York 10451-3801.

9.    Defendant, Johnny Diaz, individually (the "Principal"), is or was an officer, director and/or shareholder of the Company during the relevant time period. The Principal is or was a person in control of, and responsible for, the disposition of the Company's assets, including its PACA trust assets.

10.    The Principal has a place of business at 763 Concourse Village West, Bronx, New York 10451-3801, and upon information and belief resides in The Bronx, New York.

11.    Defendant, General Trading Co., Inc. ("General"), a New Jersey corporation, is or was an de facto officer, director and/or shareholder of the Company during the relevant time period; a person in control of, and responsible for, the disposition of the Company's assets, including its PACA trust assets; and a knowing recipient of part of Plaintiff's PACA trust assets, at all times relevant to this action.

12. General has its principal place of business at 455 16th Street, Carlstadt, New Jersey 07072, and transacts business in New York and in this District, and is the owner/lessor of the leased premises occupied by the Company and the Principal.

13. General has a controlling interest in the Company by reason of its position as landlord of the premises leased by the Company; upon information and belief, as landlord of the Plaintiff's premises under a lease in default; and as a knowing recipient of the Plaintiff's PACA trust fund assets while beneficiaries of the trust such as the Plaintiff are not being paid.

14. The Company, Principal and General are collectively referred to herein as the "Defendants".

### IV.  CLAIMS FOR RELIEF

### COUNT I

**Failure to Maintain PACA Trust**
**7 U.S.C. §§ 499e(c)(2), 499e(c)(4)**

**(Against the Company)**

15. Plaintiff incorporates each and every allegation set forth in ¶¶ 1-14 as if fully rewritten herein.

16. At the Company's request, Plaintiff sold, on credit, to the Company perishable agricultural commodities, as set forth in the following table:

| Defendant | Dates of Transactions | Commodities | Total Amount Sold | Amount Unpaid [1] |
|---|---|---|---|---|
| Renzo Food Corp. | 6/30/06 to 7/29/06 | fruits and vegetables | $9,929.25 | $9,929.25 |

1. Includes $525 returned check (10/18/06). Plus accrued interest and attorney's fees.

17.    Plaintiff duly delivered the perishable agricultural commodities to the Company.

18.    The Company received and accepted the perishable agricultural commodities from Plaintiff.

19.    The Produce identified above was sold pursuant to the invoices attached hereto as Exhibit A.

20.    The Company received from the Plaintiff each of the invoices included in Exhibit A.

21.    The Company failed to pay for this Produce despite repeated written demands.

22.    Pursuant to the payment terms between the Company and the Plaintiff, the Company is in default with respect to the principal amount of $9,929.25 outstanding to Plaintiff.

23.   Pursuant to the trust provisions of PACA, 7 U.S.C. § 499e(c)(2), and the Code of Federal Regulations promulgated thereunder, upon receipt of said commodities, a statutory trust arose in favor of Plaintiff as to all commodities received by the Company, all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until <u>full</u> payment is made for said commodities by the Company to Plaintiff.

24.   The Company has failed and refused to pay for the commodities it received and accepted from Plaintiff, despite due demand.

25.   On each of the outstanding invoices sent by Plaintiff to the Company, Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by PACA to be placed on all invoices by a licensee to notify the buyer that a seller/supplier of perishable agricultural commodities is preserving its rights as a beneficiary to the statutory trust.  [7 U.S.C. § 499c(c)(4)], plus interest and attorney's fees.  (See, copies of unpaid invoices with respective proofs of delivery attached hereto as Exhibit A.)

26.   Plaintiff is an unpaid creditor, supplier and seller of perishable agricultural commodities as those terms are defined under the PACA.

27.   Upon information and belief, the Company has dissipated and is continuing to dissipate the corpus of the statutory trust which arose in favor of

Plaintiff and grew upon each delivery to the Company of perishable agricultural commodities.

28.    The failure of the Company to hold in trust for the benefit of Plaintiff such perishable agricultural commodities received by it from Plaintiff, and all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until full payment of the sums owing to Plaintiff for said commodities, constitute violations of PACA and PACA Regulations and are unlawful, and, as a direct result Plaintiff has suffered damages.

### COUNT II

#### Dissipation of Trust Assets
#### 7 U.S.C. §§ 499(b), 499e(c), 499e(c)(4)

#### (Against All Defendants)

29.    Plaintiff incorporates each and every allegation set forth in ¶¶ 1-28 as if fully rewritten herein.

30.    Upon information and belief, proceeds obtained from the resale of the perishable agricultural commodities purchased on credit from Plaintiff by the Company, that were needed to make full payment promptly to trust beneficiaries as required by 7 U.S.C. § 499b, were improperly expended by the Company, the Principal and General for other purposes.

31.    On each of the outstanding invoices sent by Plaintiff to the Company, Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by

7

PACA to be placed on all invoices by a licensee to notify the buyer that a seller/supplier of perishable agricultural commodities is preserving its rights as a beneficiary to the statutory trust.  [7 U.S.C. § 499e(c)(4)], plus interest and attorney's fees.  (See, Exhibit A attached hereto.)

32.    Upon information and belief, Defendants received funds subject to the trust arising under 7 U.S.C. § 499e(c), which should have been used to pay Plaintiff's outstanding invoices, but were not.

33.    As a direct result of the dissipation of trust assets by the Company, the Principal and General, Plaintiff has suffered damages.

### COUNT III

**Failure to Pay Trust Funds**
**7 U.S.C. §§ 499(b)**

**(Against the Company)**

34.    Plaintiff incorporates each and every allegation set forth in  ¶¶ 1-33 as if fully rewritten herein.

35.    The Company has failed and refuses to pay Plaintiff $9,929.25 from the PACA trust, which sum is unpaid and overdue to Plaintiff for the perishable agricultural commodities received and accepted by the Company from Plaintiff.

36.    The failure of the Company to make said payments to Plaintiff from the statutory trust fund is a violation of PACA 7 U.S.C. § 499b and PACA

Regulations and is in breach of the Company's fiduciary duty as trustee, and, as a direct result, Plaintiff has suffered damages.

**COUNT IV**

**Breach of Fiduciary Duty / Non-Dischargeability**
**7 U.S.C. §§ 499b(4), 11 U.S.C. 523(a)**

**(Against All Defendants)**

37. Plaintiff incorporates each and every allegation set forth in ¶¶ 1-36 as if fully rewritten herein.

38. Upon information and belief, from October 13, 2006 to November 24, 2006, the Principal and General managed, controlled and directed the credit purchase of perishable agricultural commodities from Plaintiff on behalf of the Company.

39. Upon information and belief, Defendants received, in the regular course of business, funds subject to the PACA statutory trust which were not used for the payment of Plaintiff's outstanding invoices.

40. Upon information and belief, Defendants, in breach of their fiduciary obligations arising under PACA, directed the disbursement of trust funds for purposes other than making full and prompt payment to Plaintiff as required by PACA, 7 U.S.C. § 499b(4), thereby heightening liability herein to a state of non-dischargeability pursuant to 11 U.S.C. § 523(a).

41.  As a direct result of the foregoing, the Company, the Principal and General have violated their fiduciary duties as trustees in failing and refusing to make the payments required to satisfy the priority trust interests of Plaintiff, and, as a direct result, the Plaintiff has suffered damages.

### COUNT V

### Breach of Contract / Action on Account

**(Against the Company)**

42.  Plaintiff incorporates each and every allegation set forth in ¶¶ 1-41 as if fully rewritten herein.

43.  From June 30, 2006 to July 29, 2006, the Company contracted with Plaintiff to purchase fresh fruits on credit.  (See, Exhibit A.)

44.  Pursuant to the payment terms between the parties, the Company is in default to the Plaintiff on amounts unpaid and outstanding.

45.  The Company breached the contract by failing and refusing to pay Plaintiff $9,929.25.  As a direct result, Plaintiff has suffered damages.

### COUNT VI

### Interest and Attorney's Fees

**(Against All Defendants)**

46.  Plaintiff incorporates each and every allegation set forth in ¶¶ 1-45 as if fully rewritten herein.

47.   Pursuant to PACA, 7 U.S.C. § 499e(c), and the Regulations promulgated thereunder, Defendants were statutorily required to maintain a trust in favor of Plaintiff in order to make full payment to Plaintiff of said amount.

48.   As a result of the failure of Defendants to maintain the trust and to make full payment promptly, Plaintiff has been required to pay attorney's fees and costs in order to bring this action to compel payment of the trust res.

49.   As a result of the failure of Defendants to comply with their statutorily mandated duties to maintain the trust and make full payment promptly, Plaintiff has lost the use of said money.

50.   Plaintiff will not receive full payment as required by PACA, 7 U.S.C. § 499e(c), if Plaintiff must expend part of said payment on attorney's fees, and litigation costs, and also suffer the loss of interest on the outstanding amounts owed, all because of violations by Defendants of their statutory duties to maintain the trust and make full payment promptly.

51.   In addition to the above recitals, Plaintiff maintains express claims for interest and attorney's fees based upon the terms listed on each invoice, as between merchants, which were all bargained terms of the contract and are sums owing in connection with the produce transaction.  Interest to November 29, 2007 totals $2,384.46 and is accruing daily at $4.89.  (See PACA trust chart attached hereto as Exhibit B.)

<u>COUNT VII</u>

**<u>Creation of Common Fund</u>**

**(Against All Defendants)**

52.   Plaintiff incorporates each and every allegation set forth in ¶¶ 1-51 as if fully rewritten herein.

53.   Plaintiff is commencing this lawsuit on behalf of itself and other similarly situated PACA trust creditors, and any and all monies recovered from Defendants and other third parties will be distributed on a pro-rata basis among the Plaintiff and all perfected PACA trust creditors joined to this lawsuit.

**PRAYER**

**WHEREFORE**, the Plaintiff respectfully prays that this Court issue an Order:

1.   Granting judgment in favor of Plaintiff and against each of the Defendants, jointly and severally, in the principal amount of $9,929.25, together with pre-judgment interest (in accordance with Exhibit B) and post-judgment interest and the costs of this action;

2.   Declaring and directing the Defendants to establish and/or preserve a trust fund consisting of funds sufficient to pay Plaintiff's principal trust claim of $9,929.25 plus pre-judgment interest (in accordance with Exhibit B);

3.    Enjoining, until the entry of the relief herein requested and compliance therewith, Defendants and their agents, employees and representatives from, in any way, directly or indirectly, transferring, assigning or otherwise disposing of the above-described trust fund, or any interest therein, in whole or in part, absolutely or as security;

4.    Declaring and directing Defendants to assign, transfer, deliver and turn over to Plaintiff as much of the above-described trust fund as is necessary to fully compensate Plaintiff for the damages it has suffered and continues to suffer;

5.    Granting Plaintiff reasonable costs and expenses, including attorney's fees in this action; and

6.    Such other and further relief, whether in law or in equity, as this Court deems just and proper.

**Dated:  New York, New York**
**December 4, 2007**

**Respectfully submitted,**

**Carl E. Person   (CP  7637)**
**Attorney for the Plaintiff,**
**    T & T Imports, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

**10:36 AM**
**09/06/07**

# T & T IMPORTS, INC.
## Open Invoices
### As of April 28, 2007

| Type | Date | Num | Aging | Open Balance |
|------|------|-----|-------|--------------|
| **Fine Fare Concourse Village (Ernesto)** | | | | |
| General Journal | 10/18/2006 | Ret. Check | | 525.00 |
| Invoice | 6/30/2006 | 53470 | 302 | 955.25 |
| Invoice | 7/5/2006 | 53583 | 297 | 1,229.00 |
| Invoice | 7/8/2006 | 53734 | 294 | 624.00 |
| Invoice | 7/11/2006 | 53813 | 291 | 1,006.00 |
| Invoice | 7/14/2006 | 53804 | 288 | 1,051.50 |
| Invoice | 7/17/2006 | 53910 | 285 | 708.00 |
| Invoice | 7/19/2006 | 53972 | 283 | 549.50 |
| Invoice | 7/21/2006 | 54024 | 281 | 702.00 |
| Invoice | 7/24/2006 | 54096 | 278 | 1,112.00 |
| Invoice | 7/27/2006 | 54183 | 275 | 1,072.00 |
| Invoice | 7/29/2006 | 54242 | 273 | 395.00 |
| Total Fine Fare Concourse Village (Ernesto) | | | | 9,929.25 |
| **TOTAL** | | | | **9,929.25** |

Exhibit A



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 53470

*Tropical Republic*
*(Republica Tropical)*

Friday, June 30, 2006

Page 1 of 1

| Customer | | | | |
| --- | --- | --- | --- | --- |
| Fine Fare supermarket    Leo | (718) 665-8600 | | Order ID | 478886891 |
| 763 W. Concourse Village AV    Bronx | | | Date | 6/30/2006 |
| New York | | | Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Line Total | |
| --- | --- | --- | --- | --- |
| 1 | Aguacate Hass Mex. | $32.00 | $32.00 | |
| 1 | Ajo Suelto 30 lbs. | $27.00 | $27.00 | |
| 5 | Banana | $17.00 | $85.00 | |
| 1 | Berenjena Negra | $13.00 | $13.00 | |
| 1 | Ceasar Salad | $23.00 | $23.00 | |
| 2 | Cebolla Amarilla 20/2 | $15.00 | $30.00 | |
| 1 | Cebolla Blanca 50 lbs. | $19.00 | $19.00 | |
| 2 | Cebolla Roja 20/2lbs. | $16.00 | $32.00 | |
| 1 | Cebolla Suelta Roja 25 | $12.00 | $12.00 | |
| 1 | Celery | $32.00 | $32.00 | |
| 1 | Chayote | $17.00 | $17.00 | |
| 1 | Cilantrillo | $21.00 | $21.00 | |
| 1 | Classic Salad | $17.00 | $17.00 | |
| 1 | Collard Green | $11.00 | $11.00 | |
| 1 | Culantro 40 Pk. | $17.00 | $17.00 | |
| 1 | Green Selection Salad | $18.50 | $18.50 | |
| 1 | Green Squash | $12.75 | $12.75 | |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 | |
| 1 | Kale | $11.00 | $11.00 | |
| 2 | Lechuga Cello # 24 | $17.50 | $35.00 | |
| 2 | Limon Verde | $12.00 | $24.00 | |
| 1 | Maiz | $18.50 | $18.50 | |
| 1 | manzana mac | $21.00 | $21.00 | |
| 1 | Manzana Roja | $27.00 | $27.00 | |
| 1 | naranja 72 | $19.00 | $19.00 | |
| 1 | Papa Roja Suelta | $24.00 | $24.00 | |
| 1 | Papa Suelta Idaho | $17.00 | $17.00 | |
| 2 | Peach | $24.00 | $48.00 | |
| 1 | Pepino | $18.00 | $18.00 | |
| 1 | Pimiento Italiano | $17.00 | $17.00 | |
| 1 | Pimiento Rojo | $28.00 | $28.00 | |
| 1 | Pimiento Verde | $13.50 | $13.50 | |
| 8 | Plat Ecuador | $17.50 | $140.00 | |
| 1 | Plum Tomato | $15.00 | $15.00 | |
| 2 | Repollo | $12.00 | $24.00 | |
| 1 | Repollo Rojo | $13.00 | $13.00 | |
| 1 | Scallion | $14.00 | $14.00 | |
| 1 | toronja 48 | $19.00 | $19.00 | |
| 1 | Yellow Squash | $16.00 | $16.00 | |
| 1 | Yuca 40 lbs. | $12.00 | $12.00 | |

57

$955.25

* No return or claim of merchandise after 24 hours.
* The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment received.

$25.00 FEE FOR RETURNED CHECKS

Signature  Leonardo

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

*Tropical Republic*
*(Republica Tropical)*

No. 53734

Saturday, July 08, 2006

Page 1 of 1

| Customer | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | Order ID .1143431447 |
| 763 W. Concourse Village AV | Bronx | | Date 7/8/2006 |
| New York | | | Salesperson Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 1 | Aguacate Hass Mex. | $31.00 | $31.00 |
| 1 | Ajo de Paquete | $29.00 | $29.00 |
| 6 | Banana | $15.00 | $90.00 |
| 1 | Berenjena Negra | $15.00 | $15.00 |
| 2 | Cebolla Amarilla 20/2 | $17.00 | $34.00 |
| 1 | Cebolla Roja 20/2lbs. | $16.00 | $16.00 |
| 1 | Chayote | $17.00 | $17.00 |
| 1 | Collard Green | $12.00 | $12.00 |
| 2 | Guineo Verde 40 Lbs. | $15.00 | $30.00 |
| 1 | Kabucha | $23.00 | $23.00 |
| 2 | Limon Verde | $15.00 | $30.00 |
| 1 | Manzana Amarilla | $31.00 | $31.00 |
| 1 | Manzana Gala | $35.00 | $35.00 |
| 1 | Papa Suelta Idaho | $18.50 | $18.50 |
| 1 | Pera Bosc | $33.00 | $33.00 |
| 2 | Pimiento Verde | $17.00 | $34.00 |
| 1 | Plat Maduro | $23.00 | $23.00 |
| 1 | Plum Tomato | $17.00 | $17.00 |
| 1 | Red Leaf | $18.50 | $18.50 |
| 1 | Romaine Lettuce | $17.00 | $17.00 |
| 2 | Tomate 5 x 6 | $14.00 | $28.00 |
| 1 | Yams #1 | $18.00 | $18.00 |
| 2 | Yuca 40 lbs. | $12.00 | $24.00 |
| 34 | | | $624.00 |

* No return or claim of merchandise after 24 hours.
* The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventory food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment received.

$25.00 FEE FOR RETURNED CHECKS

Signature *Leoouysó*



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 53804

*Tropical Republic*
*(Republica Tropical)*

Friday, July 14, 2006
Page 1 of 1

Customer

| | | | | |
|---|---|---|---|---|
| Fine Pare supermarket | Leo | (718) 665-8600 | Order ID | 1603901463 |
| 763 W. Concourse Village A.V. | Bronx | | Date | 7/14/2006 |
| New York | | | Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 1 | Aguacate Hass Mex. | $31.00 | $31.00 |
| 1 | Ajo Pelado | $30.00 | $30.00 |
| X 4 | Banana | $15.00 | $90.00 60 |
| 1 | Berenjena Dominicana | $19.00 | $19.00 |
| 1 | Berenjena Negra | $18.00 | $18.00 |
| 1 | Broccoli | $14.00 | $14.00 |
| 2 | Cebolla Amarilla 20/2 | $23.00 | $46.00 |
| 1 | Chayote | $17.00 | $17.00 |
| 1 | Cilantrillo | $25.00 | $25.00 |
| 1 | Finger Carrot (Baby) | $17.00 | $17.00 |
| 1 | Green Squash | $14.00 | $14.00 |
| 2 | Guineo Verde 40 Lbs. | $14.50 | $29.00 |
| 3 | Lechuga Cello # 24 | $15.00 | $45.00 |
| 2 | Limon Amarillo | $27.00 | $54.00 |
| 2 | Maiz | $13.00 | $26.00 |
| 1 | Manzana Roja | $31.00 | $31.00 |
| 1 | Name Costa Rica 40 lb | $24.00 | $24.00 |
| 1 | Naranja 100 | $22.00 | $22.00 |
| 1 | Naranja 72 | $20.00 | $20.00 |
| 1 | Naranja Agria | $21.00 | $21.00 |
| 5 | Papa Eastern 5lbs | $14.50 | $72.50 |
| 5 | Papa Idaho 5lbs | $12.00 | $60.00 |
| 1 | Pepino | $33.00 | $33.00 |
| 1 | Pimiento Rojo | $31.00 | $31.00 |
| 2 | Pimiento Verde | $16.00 | $32.00 |
| 6 4 | Plat Ecuador | $17.00 | $102.00 68 |
| 1 | Flat Maduro | $22.00 | $22.00 |
| 1 | Repollo | $12.00 | $12.00 |
| 5 | Tomate 5 x 6 | $17.00 | $85.00 |
| 1 | toronja 56 | $20.00 | $20.00 |
| 1 | Tray Tomate | $15.00 | $15.00 |
| 1 | Yellow Squash | $14.00 | $14.00 |
| 2 | Yuca 40 lbs | $12.00 | $24.00 |
| 63 | | | $1,115.50 |

-64

+ 1051.50

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$26.00 FEE FOR RETURNED CHECKS

Signature *leonardo*

ORIGINAL



## T & T IMPORT, CO.
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

*Tropical Republic*
*(Republica Tropical)*

No. 53813

Tuesday, July 11, 2006
Page 1 of 1

**Customer**

| | |
|---|---|
| Fine Fare supermarket    Leo | (718) 665-8600 |
| 763 W Concourse Village AV.    Bronx | |
| New York | |

| | |
|---|---|
| Order ID | -512137764 |
| Date | 7/11/2006 |
| Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 6 | Banana | $16.00 | $96.00 |
| 1 | Berenjena Dominicana | $19.00 | $19.00 |
| 1 | Boniato Saco 50 lbs. | $21.00 | $21.00 |
| 1 | Broccoli | $14.00 | $14.00 |
| 1 | Ceasar Salad | $23.00 | $23.00 |
| 1 | Cebolla Blanca 50 lbs. | $23.00 | $23.00 |
| 1 | Celery | $39.00 | $39.00 |
| 1 | Cilantrillo | $19.00 | $19.00 |
| 1 | Classic Salad | $17.00 | $17.00 |
| 1 | Collard Green | $12.00 | $12.00 |
| 1 | Culantro 40 Pk. | $17.00 | $17.00 |
| 1 | Green Leaf | $17.00 | $17.00 |
| 1 | Green Selection Salad | $18.00 | $18.00 |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 |
| 1 | Italian Salad | $22.00 | $22.00 |
| 1 | Kale | $11.00 | $11.00 |
| 1 | Kiwi | $14.00 | $14.00 |
| 2 | Lechuga Cello # 24 | $13.00 | $26.00 |
| 1 | Limon Amarillo | $29.00 | $29.00 |
| 2 | Limon Verde | $14.00 | $28.00 |
| 1 | Naranja 100 | $19.00 | $19.00 |
| 1 | naranja 72 | $19.00 | $19.00 |
| 2 | Nectarine | $19.00 | $38.00 |
| 1 | Okra | $21.00 | $21.00 |
| 1 | Papa Roja Suelta | $24.00 | $24.00 |
| 1 | Pepino | $27.00 | $27.00 |
| 1 | Pimiento Italiano | $21.00 | $21.00 |
| 1 | Pimiento Verde | $15.00 | $15.00 |
| 8 | Plat Ecuador | $17.00 | $136.00 |
| 1 | Plat Maduro | $23.00 | $23.00 |
| 1 | Plum Rojo | $24.00 | $24.00 |
| 1 | Plum Tomato | $17.00 | $17.00 |
| 3 | Repollo | $12.00 | $36.00 |
| 3 | Tomate 5 x 6 | $15.00 | $45.00 |
| 1 | Tomate tray | $17.00 | $17.00 |
| 1 | Uva Flame | $23.00 | $23.00 |
| 1 | Uva Globe | $25.00 | $25.00 |
| 1 | Yams #1 | $17.00 | $17.00 |
| 57 | | | $1,023.00 |

- 17
$ 1006

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature  *Leonardo*

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9182

No. 53583

*Tropical Republic*
(Republica Tropical)

Wednesday, July 05, 2006

Page 1 of 1

| Customer | | | | Order ID | -310946955 |
|---|---|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | | Date | 7/5/2006 |
| 763 W. Concourse Village AV | Bronx | | | Salesperson | Ernesto |
| New York | | | | | |

| Quantity | Product Name | Unit Price | Line Total | |
|---|---|---|---|---|
| 1 | Aguacate Hass Mex. | $32.00 | $32.00 | |
| 6 | Banana | $16.00 | $96.00 | |
| 1 | Boniato Saco 50 lbs. | $24.00 | $24.00 | |
| 2 | Broccoli | $21.00 | $42.00 | |
| 2 | Cebolla Amarilla 20/2 | $16.00 | $32.00 | |
| 1 | Cebolla Hispana 50 lbs. | $18.00 | $18.00 | |
| 1 | Cebolla Suelta Roja 25 | $12.00 | $12.00 | |
| 1 | Celery | $39.50 | $39.50 | |
| 1 | Coco Seco 40 Count | $23.00 | $23.00 | |
| 1 | Cole Slow | $14.00 | $14.00 | |
| 1 | Collard Green | $12.00 | $12.00 | |
| 1 | Espinaca Cello | $10.00 | $10.00 | |
| 1 | Grape Tomate | $15.00 | $15.00 | |
| 1 | Green Leaf | $17.00 | $17.00 | |
| 1 | Kale | $13.00 | $13.00 | |
| 2 | Lechuga Cello #24 | $19.00 | $38.00 | |
| 2 | Limon Amarillo | $30.00 | $60.00 | |
| 2 | Limon Verde | $12.00 | $24.00 | |
| 2 | Maiz | $19.00 | $38.00 | |
| 3 | Mango Mexico | $5.50 | $16.50 | |
| 2 | Manzana Roja Bolsa | $19.00 | $38.00 | |
| 5 | Papa Idaho 5lbs | $12.00 | $60.00 | |
| 1 | Papa Suelta Idaho | $19.00 | $19.00 | |
| 1 | Peach | $24.00 | $24.00 | |
| 1 | Pepino | $19.00 | $19.00 | |
| 1 | Pera Anjou | $40.00 | $40.00 | |
| 1 | Pimiento Rojo | $30.00 | $30.00 | |
| 2 | Pimiento Verde | $14.00 | $28.00 | |
| 1 | Pina | $16.00 | $16.00 | |
| 10 | Plat Ecuador | $17.00 | $170.00 | |
| 1 | Plum Tomato | $18.00 | $18.00 | |
| 2 | Repollo | $13.00 | $26.00 | |
| 1 | Romaine Lettuce | $15.00 | $15.00 | |
| 1 | String Bean | $27.00 | $27.00 | |
| 3 | Tomate 5 x 6 | $14.00 | $42.00 | |
| 1 | Tomate Cello | $17.00 | $17.00 | |
| 1 | Toronja | $18.00 | $18.00 | |
| 1 | Yams #1 | $18.00 | $18.00 | |
| 1 | Yautia Blanca | $28.00 | $28.00 | |
| 70 | | | $1,229.00 | |

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature _Leonardo_

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No: 53910

*Tropical Republic*
*(Republica Tropical)*

Monday, July 17, 2006
Page 1 of 1

**Customer**

| | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | **Order ID** 1185933060 |
| 763 W. Concourse Village AV. | Bronx | | **Date** 7/17/2006 |
| New York | | | **Salesperson** Ernesto |

| Quantity | Product Name | Unit Price | Unit Total |
|---|---|---|---|
| 1 | Aguacate Florida | $15.00 | $15.00 |
| 4 | Banana | $14.50 | $87.00 |
| 1 | Boniato Saco 50 lbs. | $18.00 | $18.00 |
| 1 | Broccoli | $13.00 | $13.00 |
| 2 | Cebolla Amarilla 20/2 | $23.00 | $46.00 |
| 1 | Cebolla Roja 20/2lbs. | $18.00 | $18.00 |
| 1 | Celery | $33.00 | $33.00 |
| 1 | Collard Green | $11.00 | $11.00 |
| 2 | Lechuga Cello # 24 | $16.00 | $32.00 |
| 1 | Limon Verde | $15.00 | $15.00 |
| 3 | Mango Mexico | $5.50 | $16.50 |
| 2 | Melon | $16.00 | $32.00 |
| 1 | Papa Roja Suelta | $25.00 | $25.00 |
| 1 | Papa Suelta Idaho | $19.00 | $19.00 |
| 2 | Pimiento Verde | $17.00 | $34.00 |
| 6 | Plat Ecuador | $16.50 | $99.00 |
| 1 | Plat Maduro | $22.00 | $22.00 |
| 1 | Plum Tomato | $17.00 | $17.00 |
| 1 | Romaine Lettuce | $17.00 | $17.00 |
| 1 | Scallion | $15.00 | $15.00 |
| 1 | String Bean | $20.00 | $20.00 |
| 5 | Tomate 5 x 6 | $17.00 | $85.00 |
| 1 | Tomate Cello | $15.00 | $15.00 |
| 1 | tomate tray | $16.00 | $16.00 |
| 1 | Yams #1 | $16.50 | $16.50 |
| 45 | | | $737.00 |

– 29
708

ex

• No return or claim of merchandise after 24 hours.

• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5O of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature  *Leonardo*

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9182

No. 53972

*Tropical Republic*
*(Republica Tropical)*

Wednesday, July 19, 2006
Page 1 of 1

Customer

| | | | | |
|---|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8500 | Order ID | -1861936270 |
| 763 W. Concourse Village AV. | Bronx | | Date | 7/19/2006 |
| New York | | | Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 6 | Banana | $14.50 | $87.00 |
| 1 | Cebolla Suelta Roja 25 | $16.00 | $16.00 |
| 1 | Green Leaf | $17.00 | $17.00 |
| 2 | Guineo Verde 40 Lbs. | $14.50 | $29.00 |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 |
| 5 | Mango Mexico | $5.50 | $27.50 |
| 1 | Manzana Gala | $36.00 | $36.00 |
| 1 | Manzana Verde | $33.00 | $33.00 |
| 1 | Melon | $17.00 | $17.00 |
| 1 | Naranja 100 | $21.00 | $21.00 |
| 2 | Nectarine | $17.00 | $34.00 |
| 2 | Peach | $16.00 | $32.00 |
| 1 | Pepino | $23.00 | $23.00 |
| 1 | Pera Anjou | $44.00 | $44.00 |
| 3 | Plat Ecuador | $17.00 | $51.00 |
| 1 | Plum Tomato | $18.00 | $18.00 |
| 1 | Red Leaf | $17.00 | $17.00 |
| 1 | Repollo | $12.00 | $12.00 |
| 2 | Yuca 40 lbs | $12.00 | $24.00 |
| 34 | | | $549.50 |



• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature _Leonardo_



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 54024

*Tropical Republic*
(Republica Tropical)

Friday, July 21, 2006

Page 1 of 1

| Customer | | | | | |
|---|---|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | | Order ID | -2067615510 |
| 763 W Concourse Village AV | Bronx | | | Date | 7/21/2006 |
| New York | | | | Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Price |
|---|---|---|---|
| 1 | aguacate hass verde | $32.00 | $32.00 |
| 4 | Banana | $14.50 | $58.00 |
| 1 | Berenjena Negra | $25.00 | $25.00 |
| 1 | Broccoli | $13.00 | $13.00 |
| 1 | Chayote | $17.00 | $17.00 |
| 1 | Cilantrillo | $21.00 | $21.00 |
| 1 | Classic Salad | $17.00 | $17.00 |
| 1 | Green Leaf | $17.00 | $17.00 |
| 1 | Kale | $13.00 | $13.00 |
| 1 | Kiwi | $16.00 | $16.00 |
| 3 | Lechuga Cello # 24 | $15.00 | $45.00 |
| 2 | Limon Amarillo | $26.00 | $52.00 |
| 2 | Limon Verde | $15.00 | $30.00 |
| 1 | Melon | $17.00 | $17.00 |
| 5 | Papa Eastern 5lbs | $14.00 | $70.00 |
| 1 | Pepino | $17.00 | $17.00 |
| 1 | Pimiento Rojo | $26.00 | $26.00 |
| 1 | Pimiento Verde | $19.00 | $19.00 |
| 3 | Plat Ecuador | $16.00 | $48.00 |
| 1 | Plat Maduro | $23.00 | $23.00 |
| 1 | Plum Rojo | $25.00 | $25.00 |
| 1 | Plum Tomato | $17.00 | $17.00 |
| 2 | Repollo | $12.00 | $24.00 |
| 1 | Yams #1 | $16.00 | $16.00 |
| 1 | Yautia Blanca | $28.00 | $28.00 |
| 1 | Zanahoria de Paquete | $16.00 | $16.00 |
| 40 | | | $702.00 |



• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 60 of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment received.

Leonardo

$26.00 FEE FOR RETURNED CHECKS



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

*Tropical Republic*
*(Republica Tropical)*

No. 54096

Monday, July 24, 2006
Page 1 of 1

| Customer | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | Order ID -232518286 |
| 763 W. Concourse Village AV. | Bronx | | Date 7/24/2006 |
| New York | | | Salesperson Ernesto |

| Quantity | Product Name | Unit Price | Extended |
|---|---|---|---|
| 1 | Ajo de Paquete | $28.00 | $28.00 |
| 6 | Banana | $14.50 | $87.00 |
| 2 | Broccoli | $15.00 | $30.00 |
| 3 | Cebolla Amarilla 20/2 | $20.00 | $60.00 |
| 1 | Cilantrillo | $19.00 | $19.00 |
| 1 | Finger Carrot (Baby) | $17.00 | $17.00 |
| 1 | Green Squash | $12.00 | $12.00 |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 |
| 1 | Kabucha | $20.00 | $20.00 |
| 4 | Lechuga Cello # 24 | $17.00 | $68.00 |
| 1 | Loose Carrot 50 Lbs. | $19.00 | $19.00 |
| 1 | Manzana Amarilla | $29.00 | $29.00 |
| 1 | Manzana Roja | $32.00 | $32.00 |
| 1 | Melon | $17.00 | $17.00 |
| 1 | Naranja 100 | $20.00 | $20.00 |
| 1 | Naranja 80 | $22.00 | $22.00 |
| 1 | Okra | $24.00 | $24.00 |
| 2 | Papa Eastern 5lbs | $14.00 | $28.00 |
| 5 | Papa Idaho 5lbs | $14.00 | $70.00 |
| 1 | Papa Roja Suelta | $28.00 | $28.00 |
| 1 | Papa Suelta Idaho | $18.00 | $18.00 |
| 1 | Peach | $16.00 | $16.00 |
| 1 | Pepino | $16.00 | $16.00 |
| 1 | Pimiento Italiano | $15.00 | $15.00 |
| 1 | Pimiento Rojo | $31.00 | $31.00 |
| 3 | Pimiento Verde | $18.00 | $54.00 |
| 8 | Plat Ecuador | $15.00 | $120.00 |
| 1 | Plum Tomato | $16.00 | $16.00 |
| 2 | Repollo | $11.00 | $22.00 |
| 6 | Tomate 5 x 6 | $15.00 | $90.00 |
| 1 | Tomate Cello | $14.00 | $14.00 |
| 1 | toronja 56 | $21.00 | $21.00 |
| 1 | Uva Globe | $21.00 | $21.00 |
| 1 | Uva Verde | $17.00 | $17.00 |
| 65 | | | $1,112.00 |



• No return or claim of merchandise after 24 hours
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature    Leonardo

ORIGINAL

**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 54183

*Tropical Republic*
*(Republica Tropical)*

Thursday, July 27, 2006

Page 1 of 1

| Customer | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | |
| 763 W. Concourse Village AV | Bronx | | |
| New York | | | |

Order ID 990245955
Date 7/27/2006
Salesperson Ernesto

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 1 | Aguacate Hass Mex | $30.00 | $30.00 |
| 1 | Ajo Pelado | $28.00 | $28.00 |
| 3 | Banana | $13.00 | $39.00 |
| 2 | Berenjena Negra | $17.00 | $34.00 |
| 1 | Boniato Saco 50 lbs. | $22.00 | $22.00 |
| 2 | Broccoli | $15.00 | $30.00 |
| 3 | Cebolla Amarilla 20/2 | $19.00 | $57.00 |
| 1 | Cebolla Hispana 50 lbs. | $22.00 | $22.00 |
| 1 | Celery | $23.00 | $23.00 |
| 1 | Cilantrillo | $17.00 | $17.00 |
| 1 | Classic Salad | $17.00 | $17.00 |
| 1 | Collard Green | $11.00 | $11.00 |
| 1 | Finger Carrot (Baby) | $18.00 | $18.00 |
| 1 | Grape Tomate | $15.00 | $15.00 |
| 1 | Hot Pepper | $28.00 | $28.00 |
| 1 | Italian Salad | $22.00 | $22.00 |
| 1 | Kale | $12.00 | $12.00 |
| 2 | Lechuga Cello # 24 | $18.00 | $36.00 |
| 2 | Limon Amarillo | $26.00 | $52.00 |
| 2 | Limon Verde | $15.00 | $30.00 |
| 2 | Maiz | $13.00 | $26.00 |
| 1 | Naranja 100 | $22.00 | $22.00 |
| 1 | naranja 72 | $22.00 | $22.00 |
| 1 | Peach | $20.00 | $20.00 |
| 2 | Pepino | $16.00 | $32.00 |
| 1 | Pera Anjou | $43.00 | $43.00 |
| 1 | Pimiento Italiano | $13.00 | $13.00 |
| 1 | Pimiento Rojo | $21.00 | $21.00 |
| 8 (4) | Plat Ecuador | $15.00 | $120.00 |
| 1 | Plat Maduro | $22.00 | $22.00 |
| 2 | Plum Tomato | $16.00 | $32.00 |
| 1 | Red Leaf | $17.00 | $17.00 |
| 1 | Romaine Lettuce | $23.00 | $23.00 |
| 6 | Tomate 5 x 6 | $14.00 | $84.00 |
| 1 | Tomatillo Large | $23.00 | $23.00 |
| 80 | Watermelon (Lbs.) | $0.35 | $28.00 |
| 1 | Yanis #1 | $17.00 | $17.00 |
| 2 | Yuca 40 lbs. | $12.00 | $24.00 |
| 142 | | | $1,132.00 |

− 60

$1072.—

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature Leonardo

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl, Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (71

*Tropical Republ*
*(Republica Tropic*

No. 54242

*Now Associated & Now Owns*

Customer                    Leo
Fine Fare supermarket              (718) 665-8600
763 W. Concourse Village AV       Bronx
New York

| Quantity | Product Name | | |
|---|---|---|---|
| | Aguacate Hass Mex | | |
| | Banana | | |
| | Berenjena Dominicana | | |
| | Cebolla Amarilla 20/2 | | |
| | Cebolla Roja 20/2lbs | | |
| | Culantro 40 Pk. | | |
| | Guineo Verde 40 Lbs. | | |
| | Melon | | |
| | Nectarine | | |
| | Peach | $13.00 | $43.00 |
| | PERA Bosc | $43.00 | $75.00 |
| | Plut Ecuador | $15.00 | $24.00 |
| | Repollo | $12.00 | $23.00 |
| | | $23.00 | $383.00 |

T&T imports
v
Fine Fair Super

718 401-9155
Carlos wants a
Status

---

• No return or claim of merchandise after 24 hours.

• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishal Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment received

$25.00 FEE FOR RETURNED CHECKS

PACA Trust Chart                          Name of Debtor/Defendant
PACA Trust Creditor: T T Imports, Inc.

| Invoice No. | Invoice Date | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue 11/29/07 11/29/2007 | Accrued Interest through 11/29/07 | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| PACA TRUST CHART | | | | | | | |

PACA Trust Creditor:  T & T Imports, Inc.

NAME OF DEBTOR/DEFENDANT:            Renzo Food Corp., d/b/a Fine Fare Supermarket
COURT and CASE NUMBER:        SDNY 07 Civ.

| Invoice No. | Invoice Date | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue | Accrued Interest through | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| 53470 | 6/30/06 | 6/30/06 | 07/10/06 | $955.25 | 507.00 | S238.84 | $1,194.09 |
| 53734 | 7/8/06 | 7/8/06 | 07/18/06 | $624.00 | 499.00 | S153.56 | $777.56 |
| 53804 | 7/14/06 | 7/14/06 | 07/24/06 | $1,051.50 | 493.00 | S255.64 | $1,307.14 |
| 53813 | 7/11/06 | 7/11/06 | 07/21/06 | $1,006.00 | 496.00 | S246.07 | $1,252.07 |
| 53583 | 7/5/06 | 7/5/06 | 07/15/06 | $1,229.00 | 502.00 | S304.25 | $1.533.25 |
| 53910 | 7/17/06 | 7/17/06 | 07/27/06 | $708.00 | 490.00 | S171.08 | $879.08 |
| 53972 | 7/19/06 | 7/19/06 | 07/29/06 | $549.50 | 488.00 | S132.24 | $681.74 |
| 54024 | 7/21/06 | 7/21/06 | 07/31/06 | $702.00 | 486.00 | S168.25 | $870.25 |
| 54096 | 7/24/06 | 7/24/06 | 08/03/06 | $1,112.00 | 483.00 | S264.87 | $1.376.87 |
| 54183 | 7/27/06 | 7/27/06 | 08/06/06 | $1,072.00 | 480.00 | S253.76 | $1.325.76 |
| 54242 | 7/29/06 | 7/29/06 | 08/08/06 | $395.00 | 478.00 | $93.11 | $488.11 |
| 99999 | 10/18/06 | 10/18/06 | 10/28/06 | $525.00 | 397.00 | S102.78 | $627.78 |
| | | | | ======= | | ======= | ======== |
| | | | | $9,929.25 | | $2,384.46 | $12,313.71 |

The amount of interest per day is equal to:            $4.897

Exhibit B