07 CV 10990

LP3_Rule7_1_Statement.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :   ECF CASE
T & T IMPORTS, INC.,                        :
                                            :   Index No.
              Plaintiff,                    :
                                            :
       -against-                            :   RULE 7.1 STATEMENT
                                            :
RENZO FOOD CORP., d/b/a Fine Fare Supermarket; :
JOHNNY DIAZ, individually and in his corporate capacity; :
and GENERAL TRADING CO., INC.,              :
                                            :
              Defendants.                   :
                                            :
------------------------------------------------------------------x

[RECEIVED DEC 0 4 2007 U.S.D.C. S.D.N.Y. CASHIERS stamp]

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff, **T & T Imports, Inc.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Dated:   New York, New York
         December 4, 2007

         _____
         Carl E. Person   (CP 7637)
         Attorney for Plaintiff, T & T Imports, Inc.
         325 W. 45th Street - Suite 201
         New York, New York 10036-3803
         (212) 307-4444