LP2 Notice_of_Vol_Dismissal_Deft_General_Trading.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

T & T IMPORTS, INC.,

                           Plaintiff,

            -against-

RENZO FOOD CORP., d/b/a Fine Fare Supermarket;
JOHNNY DIAZ, individually and in his corporate
capacity; and GENERAL TRADING CO., INC.,

                        Defendants.

------------------------------------------------------------x

ECF CASE

07 Civ. 10990 (JFK) (DF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-27-07

NOTICE OF VOLUNTARY DISMISSAL OF ACTION
AS TO DEFENDANT GENERAL TRADING CO., INC.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action as to Defendant **General Trading Co., Inc.** None of the defendants has appeared, answered or moved for summary judgment.

Dated:   New York, New York
           December 19, 2007

                                              _____
                                              Carl E. Person   (CP 7637)
                                              Attorney for Plaintiff, T & T Imports, Inc.
                                              325 W. 45th Street - Suite 201
                                              New York, New York 10036-3803
                                              (212) 307-4444

SO ORDERED:

_____
          U.S.D.J.