AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

T & T IMPORTS, INC., Plaintiff,

V.

RENZO FOOD CORP., d/b/a Fine Fare Supermarket; JOHNNY DIAZ, individually and in his corporate capacity; and GENERAL TRADING CO, INC., Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CV 10990**

TO: (Name and address of Defendant)

Renzo Food Corp., d/b/a Fine Fare Supermarket, 763 Concourse Village West, Bronx NY 10451-3801

Johnny Diaz, 763 Concourse Village West, Bronx NY 10451-3801

General Trading Co., Inc., 455 16th St., Carlstadt NJ 07072

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl E. Person, 325 W. 45th Street - Suite 201, New York NY 10036-3803 (Tel. 212) 307-4444

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                              DEC 0 4 2007

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 12/07/07 |
| NAME OF SERVER (PRINT) GENE LOMBARDO | TITLE AGENT FOR T+T IMPORTS |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 763 CONCOURSE VILLAGE BRONX NY - A LATIN MALE ACCEPTED DOCUMENTS FOR RENZO FOOD CORP - HE STATED HE WAS JOHNNY DIAZ, ALL / OFFICER OF RENZO FOOD CORP

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
Date

Signature of Server

220 FOOD CENTER DRIVE
BRONX NY 10474