LP2_OSC_ProofOfService.Doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **T & T IMPORTS, INC.,** | : | **ECF CASE** |
|  | : | **07 Civ. 10990 (JFK) (DF)** |
| Plaintiff, | : |  |
|  | : |  |
| -against- | : | **PROOF OF SERVICE OF** |
|  | : | **ORDER TO SHOW CAUSE** |
| **RENZO FOOD CORP., d/b/a Fine Fare Supermarket;** | : |  |
| **JOHNNY DIAZ, individually and in his corporate** | : |  |
| **capacity; and GENERAL TRADING CO., INC.,** | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

------------------------------------------------------------------------x

**Carl E. Person** hereby declares, pursuant to the penalties of perjury under 28 U.S.C. § 1746,

that the following statements are true and correct:

I am not a party to this action, am over 18 years of age, and on February 28, 2008, I served a

true copy of the annexed **Order to Show Cause for Default Judgment** dated February 28, 2008 (the

"Document") on the Defendants, by mailing a copy of the Document to said Defendants as follows:

> **Renzo Food Corp.**
> **763 Concourse Village West**
> **Bronx NY 10451**
>
> **Johnny Diaz**
> **763 Concourse Village West**
> **Bronx NY 10451**

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on March 6, 2008.

_____

**Carl E. Person**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

|  |  |
|---|---|
| | **ECF CASE** |
| T & T IMPORTS, INC., | |
| | **07-CV-10990 (JFK) (DF)** |
| Plaintiff, | |
| | **ORDER TO SHOW CAUSE** |
| v. | **FOR DEFAULT JUDGMENT** |
| RENZO FOOD CORP., d/b/a Fine Fare Supermarket; | |
| JOHNNY DIAZ, individually, | |
| and GENERAL TRADING CO., INC., | FEB 2 7 2008 |
| | |
| Defendants. | |

-----------------------------------------------------------------x

Upon the declarations of Carl E. Person dated February 25, 2008, Carlos E. Frias dated
February 18, 2008 and Ernesto Taveras dated February 18, 2008, and the respective exhibits
annexed thereto, and upon all other papers and proceedings heretofore had herein, it is.

**ORDERED,** that Defendants **RENZO FOOD CORP.**, d/b/a Fine Fare Supermarket and
**JOHNNY DIAZ**, show cause before the Honorable John F. Keenan, United States District Judge,
in Courtroom 20C, United States District Court for the Southern District of New York, 500 Pearl
Street, New York, NY 10007, on March  12 , 2008 at  9³⁰  o'clock A. M m. why
under Rule 55(a) of the Federal Rules of Civil Procedure a default judgment should not be entered
against each of Defendants Renzo Food Corp. and Johnny Diaz, jointly and severally; and it is
further

**ORDERED,** that service of a copy of this Order, together with the papers on which it is
based, by mail upon each of the defendants, to their last-known address, on or before March
 5 , 2008 shall be deemed good and sufficient service thereof. Proof of such service shall be
filed by the Plaintiff, by ECF filing, no later than  10⁰⁰ A.m. on March  10 , 2008.

Dated: New York, New York
     February  28 , 2008

John F. Keenan
U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------x
                                             :        ECF CASE
T & T IMPORTS, INC.,                         :
                                             :        07-CV-10990  (JFK) (DF)
                                 Plaintiff,  :
                                             :
            v.                               :        ORDER GRANTING
                                             :        PLAINTIFF'S MOTION FOR
                                             :        ENTRY OF DEFAULT
RENZO FOOD CORP., d/b/a Fine Fare Supermarket; :      JUDGMENT
JOHNNY DIAZ, individually,                   :
and GENERAL TRADING CO., INC.,               :
                                             :
                                 Defendants. :
                                             :
------------------------------------------------------------------------x
```

Upon consideration of the Plaintiff's motion for entry of a default judgment against Defendants

Renzo Food Corp. ("Renzo") and Johnny Diaz ("Diaz"), and declarations submitted by the

Plaintiff and Plaintiff's counsel, and there being no opposition thereto, and it appearing to the

Court that Defendants Renzo and Diaz failed to plead or otherwise defend in this action; and that

a principal balance in the amount of $_____ is due plaintiff, and that plaintiff are

entitled to contract interest pursuant to the parties' agreement in the amount of $_____,

and that plaintiff incurred reasonable attorney's fees in the amount of $_____, and

that plaintiff has the right to recover against Defendants under Section 5(c) of the Perishable

Agricultural Commodities Act, 7 U.S.C. §499(e)(a-c) ("PACA"), it is hereby

      **ORDERED,** that Plaintiff's motion for entry of a default judgment be, and is hereby,

granted; and it is further,

      **ORDERED, ADJUDGED AND DECREED**  that judgment is hereby entered in favor

of Plaintiff, T & T Imports, Inc., 571 Austin Place, Bronx, New York 10455, and against Renzo

Food Corp., and Johnny Diaz, 763 Concourse Village West, Bronx, New York 10451-3801,

under PACA in the principal amount of $_____, plus contract interest of $_____, and

an award of reasonable attorney fees and costs in the amount of $_____ incurred by

plaintiff, for a total judgment of $_____.

      **ENTERED** this _____ day of _____, 2008.


_____
            **U.S.D.J.**

LP2_Person_decl_supp _OSC Doc

Carl E. Person
Attorney for Plaintiff
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone: (212) 307-4444
Facsimile: (212) 307-0247
carlpers@ix.netcom.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
|  | : | **ECF CASE** |
| **T & T IMPORTS, INC.,** | : | |
|  | : | **07-CV-10990 (JFK) (DF)** |
| Plaintiff, | : | |
|  | : | |
| v. | : | **CARL E. PERSON** |
|  | : | **DECLARATION IN** |
|  | : | **SUPPORT OF ORDER** |
| **RENZO FOOD CORP., d/b/a Fine Fare Supermarket;** | : | **TO SHOW CAUSE FOR** |
| **JOHNNY DIAZ, individually,** | : | **DEFAULT JUDGMENT** |
| **and GENERAL TRADING CO., INC.,** | : | **WITH ATTORNEY'S FEES** |
|  | : | |
| Defendants. | : | |
|  | : | |

-----------------------------------------------------------------------x

I, **Carl E. Person**, declare as follows:

1.     I am the attorney for the Plaintiff, T & T Imports, Inc., in the above-captioned

action, am fully aware of the facts stated herein, and make this declaration in support of the

Plaintiff's motion, by way of order to show cause, for an order to enter a default judgment

against Defendants Renzo Food Corp. ("Renzo") and Johnny Diaz ("Diaz").

2.     I have been admitted to the bar of the State of New York since 1962, and have

been admitted to the Southern District of New York since 1970.

1

3.    I have practiced general civil litigation continuously since my admission to the bar, and during the past eight months have developed a working knowledge in PACA matters.

4.    On December 4, 2007, I filed the Complaint (EXHIBIT 1 hereto) which itself has two exhibits (SUB-EXHIBIT A with the PACA Invoices and the Plaintiff's summary of the accrued amount due as of September 6, 2007; and SUB-EXHIBIT B, including a PACA Trust Chart with interest calculation through November 29, 2007 (showing accrued interest as of 11/29/07 amounting to $2,384.46); and

5.    The PACA Trust Chart (SUB-EXHIBIT B) with interest recalculated as of February 22, 2008 (55 days @ $4.897 per day, which equals $269.34) increased the accrued Interest Total from said $2,384.46 to **$2,653.80**.

6.    Attached as EXHIBIT 3 is a copy of the Dun and Bradstreet Risk Management "Live Report" from http://www.dnbi.com providing information on Renzo dated November 14, 2007 listing Johnny Diaz as the principal of Renzo.

7.    On December 7, 2007, the Summons and Complaint as against Renzo and Diaz were duly served on defendants (see EXHIBIT 4 hereto).

8.    As of this date, Defendants Renzo and Diaz have not answered or responded in any way after being duly served, on December 7, 2007 (EXHIBIT 4).

9.    My standard billing rate for commercial litigation, as an individual practitioner, is $200 per hour, which is exceedingly reasonable when compared to the rates charged by other attorneys with my experience and expertise.

10.    I have reviewed my files and time records and confirm that the attached worksheet (EXHIBIT 5), showing fees and costs of $4,035.43, accurately reflects the time spent by me (and disbursements) in this action through February 20, 2008.

Accordingly, I request an award of attorneys' fees and disbursements, including court filing fees, in the sum of $4,035.43, the actual amount billed to the Plaintiff in this case, with a supplemental amount of time charges and disbursements to be supplied prior to entry of final judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on February 26, 2008 at New York, New York.

By: _____

**Carl E. Person**

LP2_Frias_Declaration_for_OSC_Doc

Carl E. Person
Attorney for Plaintiff
325 W. 45th Street – Suite 201
New York NY  10036-3803
Telephone:  (212) 307-4444
Facsimile:   (212) 307-0247
carlpers@ix.netcom.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| **T & T IMPORTS, INC.,** | **ECF CASE** |
| **Plaintiff,** | **07-CV-10990  (JFK) (DF)** |
| **v.** | **CARLOS E. FRIAS** |
| | **DECLARATION IN** |
| | **IN SUPPORT OF ORDER** |
| **RENZO FOOD CORP., d/b/a Fine Fare Supermarket;** | **TO SHOW CAUSE FOR** |
| **JOHNNY DIAZ, individually,** | **DEFAULT JUDGMENT** |
| **and GENERAL TRADING CO., INC.,** | **WITH ATTORNEY FEES** |
| **Defendants.** | |

-----------------------------------------------------------------x

I, **Carlos E. Frias**, do hereby declare, pursuant to the penalties of perjury under 28 U.S.C.

§1746, that the following statements are true and correct:

1. I am an officer of plaintiff *T & T Imports, Inc.* whose principal officers that I report to are

   Antonio Taveras and Rosa Taveras, respectively.

2. That T & T Imports Inc. is duly licensed with the U.S. Department of Agriculture under

   PACA as a wholesale dealer with a current License No: 19930983. A copy of the online

   USDA PACA License search report herewith is marked **EXHIBIT 6**.

3. I make this Declaration in Support of an Order to Show Cause for Summary Judgment with Attorney Fees against defendants RENZO FOOD CORP., d/b/a Fine Fare Supermarket ("Renzo"), and principal JOHNNY DIAZ, individually ("Diaz").

4. I am responsible for collection of moneys due from dealers receiving our goods provided by number Invoice.

5. I am also responsible for supervising employees in the sale of fruit and vegetable goods. and supervising our salesman Ernesto Taveras who takes orders from dealers, by preparing an invoice for each order to be delivered to respective dealer agreement for reimbursement terms defined under the Perishable Agricultural Commodities Act (PACA) herein.

6. That from June 30. 2006 thru July 29, 2006, our salesman Ernesto took orders by telephone for wholesale fruit and vegetables from Renzo Food, Corp. d/b/a Fine Fare Supermarket and principal Johnny Diaz.

7. Accordingly, from June 30, 2006 thru July 29, 2006 upon receiving each telephone order from Renzo Food, Corp. d/b/a Fine Fare Supermarket principal Johnny Diaz, Ernesto assigned an Order Identification Number for the respective order that appears in the respective invoice that lists every item unit and number of units with the respective unit price and line total for each item with a total dollars due.

8. That each respective invoice for goods ordered then was shipped to Renzo Food, Corp. d/b/a Fine Fare Supermarket with a unique Order Identification Number used to prepare the order for delivery by truck that accompanied the respective delivery to the attention of "Leo" at 763 West Concourse Village Avenue Bronx New York; and

9. That upon delivery by our truck driver the respective Invoice for the respective Order was signed by "Leo" for acceptance.

10. That as is required under PACA TRUST PROVISIONS, 7 U.S.C. §499e(c) on each

respective Invoice we have a statement above the Signature of the Order receiving agent that

states:

> * No return or claim of merchandise after 24 hours.
>
> *The perishable agricultural commodities listed on this invoice are sold subject to
> statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act,
> 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
> commodities, all inventories of food or other products derived from these commodities,
> and any receivables or proceeds from the sale of these commodities until full payment is
> received.
>
> *$25 Fee for returned checks

11. That "Leo" signed below each PACA Trust Provision Statement on every respective Invoice

accepting each order and did not return the Respective Order within 24 Hours, as is shown in

the eleven Invoices annexed to the Complaint herewith marked **EXHIBIT 1 Sub-exhibit A**.

12. That on the day of the respective delivery the respective signed Invoice was returned by the

Truck driver to Ernesto Taveras for verification of the respective order.

13. When verified, Ernesto turned each signed Invoice over to me for further action.

14. On or about October 10, 2006, T & T Imports Inc. received a check from RENZO FOOD

CORP. in the amount of $500.00, Check No; 10027, as a payment against invoiced amounts

outstanding against the invoices shown as **EXHIBIT 1 Sub-exhibit A.**

15. The RENZO FOOD CORP. in the amount of $500.00, Check No; 10027 was then deposited

into our checking account for payment, and thereafter was returned by our Bank as an

uncollected from the Renzo, a copy of the check is herewith marked **EXHIBIT 7**.

16. As such T & T Imports Inc. is also entitled to a check return charge of $25.00 for a total of

$525.00 listed as "type" General Journal of 10/18/06 as shown on the PACA Trust Provision Statement of **EXHIBIT 1 Sub-exhibit A**.

17. I followed up for all amounts due and owing including the returned Check NO. 10027 with RENZO FOOD CORP., d/b/a Fine Fare Supermarket and JOHNNY DIAZ, and to no avail I then prepared a summary of the Invoices which accompanies the eleven Invoices shown as **EXHIBIT 1 Sub-exhibit A.**

18. On September 6. 2007 pursuant to 7 USC 499f, I sent a complaint to the United States Department of Agriculture under PACA provisions against Fine Fare Supermarket in regards to its failure of payment under the PACA Trust provisions; and to no avail the USDA was not able to assist us in our attempt at collection, a copy of the USDA Complaint herewith marked **EXHIBIT 8**.

19. On September 27, 2007 I forwarded to our collections consultant *Court Recovery Services* the record of our attempt to collect the outstanding PACA Trust provision amounts owed by RENZO FOOD CORP., d/b/a Fine Fare Supermarket or Johnny Diaz;

20. None of the respective Invoice and bounced check Amounts due and owing in the total amount of $9,920.25 consisting of the principal amount of unpaid Invoices **$9,920.25** including the bounced check and fee, shown as **Exhibit 1 Sub-exhibit A** have been reimbursed by RENZO FOOD CORP., d/b/a Fine Fare Supermarket or Johnny Diaz to date: and

21. Thereafter. the collection matter was referred to attorney Carl E. Person to represent T & T Imports Inc. for filing a PACA Complaint herein.

22. That I request that *T & T Imports Inc.* be granted a default judgment against defendants, **RENZO FOOD CORP.**, d/b/a Fine Fare Supermarket; and **JOHNNY DIAZ**, individually.

in the total amount of **$12,720.22** consisting of the principal amount of **9,920.25** for unpaid

Invoices returned check, plus interest of $ **2,790.97**. and an award of reasonable attorney fees

and costs incurred by plaintiff in enforcing plaintiff's trust rights under the Perishable

Agricultural Commodities Act ("PACA"). 7 U.S.C. §499e(c).

*T & T Imports Inc.*

**Dated: Bronx New York**
**February ＿ 乁 , 2008**

**CARLOS E. FRIAS**
**Officer**

5

LP2_Ernesto_Declaration_for_OSC Doc

Carl E. Person
Attorney for Plaintiff
325 W. 45th Street – Suite 201
New York NY  10036-3803
Telephone:  (212) 307-4444
Facsimile:  (212) 307-0247
carlpers@ix.netcom.com


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

| | |
|---|---|
| **T & T IMPORTS, INC.,** | **ECF CASE** |
| | |
| **Plaintiff,** | **07-CV-10990  (JFK) (DF)** |
| | |
| **v.** | **ERNESTO TAVERAS** |
| | **DECLARATION IN** |
| | **SUPPORT OF ORDER** |
| **RENZO FOOD CORP., d/b/a Fine Fare Supermarket;** | **TO SHOW CAUSE FOR** |
| **JOHNNY DIAZ, individually,** | **DEFAULT JUDGMENT** |
| **and GENERAL TRADING CO., INC.,** | **WITH ATTORNEY FEES** |
| | |
| **Defendants.** | |

-------------------------------------------------------------------------x


I, **Ernesto Taveras**, do hereby declare, pursuant to the penalties of perjury under 28 U.S.C.

§1746, that the following statements are true and correct:

1. I am an Employee of plaintiff *T & T Imports, Inc.* under the supervision of Carlos E. Frias.

2. I am a salesman responsible for sales of fruit and vegetable goods in person and by phone

   and my duties include preparation of an invoice for each order to be delivered to a respective

   dealer under agreement for reimbursement terms defined under the Perishable Agricultural

   Commodities Act (PACA) herein.

1

3. I make this Declaration in Support of an Order to Show Cause for Summary Judgment with Attorney Fees against defendants RENZO FOOD CORP., d/b/a Fine Fare Supermarket ("Renzo"), and its principal JOHNNY DIAZ, and individually ("Diaz").

4. From June 30, 2006 thru July 29, 2006, by telephone I received orders for wholesale fruit and vegetables from Renzo Food, Corp. d/b/a Fine Fare Supermarket principal Johnny Diaz.

5. Accordingly from June 30, 2006 thru July 29, 2006 upon receiving each telephone order from Renzo Food, Corp. d/b/a Fine Fare Supermarket principal Johnny Diaz, I assigned an Order Identification Number for the respective order that appears in the respective invoice that lists every item unit and number of units with the respective unit price and line total for each item with a total dollars due.

6. That each respective invoice for goods ordered and shipped to Renzo Food, Corp. d/b/a Fine Fare Supermarket with a unique Order Identification Number was used to prepare the order for delivery by truck that accompanied the respective delivery to the attention of "Leo" at 763 West Concourse Village Avenue Bronx New York; and

7. That upon delivery by our truck driver the respective Invoice for the respective Order was signed by "Leo" for acceptance.

8. That as is required under PACA TRUST PROVISIONS. 7 U.S.C. §499e(c) on each respective Invoice we have a statement above the Signature of the Order receiving agent that states:

> * No return or claim of merchandise after 24 hours.
>
> *The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

9. That "Leo" signed below each PACA Trust Provision Statement on every respective Invoice accepting each order and did not return the Respective Order within 24 Hours, as is shown in the eleven Invoices annexed to the Complaint herewith marked **EXHIBIT 1 Sub-exhibit A**.

10. That on the day of the respective delivery the respective signed Invoice was returned by the Truck driver to me for verification of the respective order, and when verified I turned each signed Invoice over to Carlos E. Frias, an officer of *T & T Imports Inc.* for further action.

11. To the best of my knowledge none of the respective Invoice Amounts due and owing, shown as **Exhibit 1 Sub-exhibit A** have been reimbursed by RENZO FOOD CORP., d/b/a Fine Fare Supermarket or Johnny Diaz to date.

> **Dated: Bronx New York**
> **February _10_ , 2008**

ERNESTO TAVERAS

3

JUDGE KEENAN

LP3_complaint3

# 07 CV 10990



Carl E. Person
Attorney for Plaintiff
325 W. 45th Street – Suite 201
New York NY  10036-3803
Telephone:  (212) 307-4444
Facsimile:   (212) 307-0247
carlpers@ix.netcom.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------x
                                               :

**T & T IMPORTS, INC.,**                                :

                             **Plaintiff,**        :

                                               :

                     v.                          :

                                               :

**RENZO FOOD CORP., d/b/a Fine Fare Supermarket;**  :
**JOHNNY DIAZ, individually and in his corporate capacity,**  :
**and GENERAL TRADING CO., INC.,**                   :

                                 **Defendants.**    :

                                               :
-----------------------------------------------------------------------------x

**ECF CASE**

**Index No.**

**COMPLAINT**

Plaintiff T & T Imports, Inc. ("Plaintiff") brings this action against

Defendants Renzo Food Corp. (the "Company"), Johnny Diaz, individually and in

his corporate capacity (the "Principal") and General Trading Co., Inc. ("General"),

for damages and alleges as follows:

# EXHIBIT 1

1

## I. JURISDICTION

1.     Jurisdiction is vested in this Court pursuant to the Perishable

Agricultural Commodities Act, specifically 7 U.S.C. § 499(c)(b)(2) and 7 U.S.C. §

499c(c)(5)(i) and pursuant to 28 U.S.C. §1331.

2.     Jurisdiction is also vested in this Court in that all corporate parties

and the individual defendant regularly conduct business within the Southern District

of New York.

3.     The Court has supplemental jurisdiction over the Plaintiff's claims

arising under state law pursuant to 28 U.S.C. § 1367(a).

## II. VENUE

4.     Venue in this District is based on 28 U.S.C. § 1391(b) because a

substantial part of the events or omissions giving rise to Plaintiff's claims occurred in

this District and a substantial part of the property that is the subject of this action is

situated in this District; also, the Company and the Principal are domiciled in this

District, and General is doing business in this District.

## III. PARTIES

5.     Plaintiff, T & T Imports, Inc., d/b/a T & T Imports Co., a New York

corporation, has offices at 571 Austin Place, Bronx, New York 10455, and operates it

business under a valid USDA-issued PACA License, number 19930983, in good and

active standing.

6.    Plaintiff sells wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce.

7.    Defendant, Renzo Food Corp., d/b/a Fine Fare Supermarket (the "Company"), a New York corporation, is a purchaser of Produce in wholesale quantities and, therefore a "dealer" pursuant to § 499a(b)(6) of the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t (the "PACA").

8.    The Company has its principal place of business at 763 Concourse Village West, Bronx, New York 10451-3801.

9.    Defendant, Johnny Diaz, individually (the "Principal"), is or was an officer, director and/or shareholder of the Company during the relevant time period. The Principal is or was a person in control of, and responsible for, the disposition of the Company's assets, including its PACA trust assets.

10.    The Principal has a place of business at 763 Concourse Village West, Bronx, New York 10451-3801, and upon information and belief resides in The Bronx, New York.

11.    Defendant, General Trading Co., Inc. ("General"), a New Jersey corporation, is or was an de facto officer, director and/or shareholder of the Company during the relevant time period; a person in control of, and responsible for, the disposition of the Company's assets, including its PACA trust assets; and a knowing recipient of part of Plaintiff's PACA trust assets, at all times relevant to this action.

12.    General has its principal place of business at 455 16th Street, Carlstadt, New Jersey 07072, and transacts business in New York and in this District, and is the owner/lessor of the leased premises occupied by the Company and the Principal.

13.    General has a controlling interest in the Company by reason of its position as landlord of the premises leased by the Company; upon information and belief, as landlord of the Plaintiff's premises under a lease in default; and as a knowing recipient of the Plaintiff's PACA trust fund assets while beneficiaries of the trust such as the Plaintiff are not being paid.

14.    The Company, Principal and General are collectively referred to herein as the "Defendants".

### IV.  CLAIMS FOR RELIEF

#### COUNT I

##### Failure to Maintain PACA Trust
##### 7 U.S.C. §§ 499e(c)(2), 499e(c)(4)

##### (Against the Company)

15.    Plaintiff incorporates each and every allegation set forth in ¶¶ 1-14 as if fully rewritten herein.

16.    At the Company's request, Plaintiff sold, on credit, to the Company perishable agricultural commodities, as set forth in the following table:

| Defendant | Dates of Transactions | Commodities | Total Amount Sold | Amount Unpaid [1] |
|-----------|----------------------|-------------|-------------------|-------------------|
| Renzo Food Corp. | 6/30/06 to 7/29/06 | fruits and vegetables | $9,929.25 | $9,929.25 |

1. Includes $525 returned check (10/18/06). Plus accrued interest and attorney's fees.

17.   Plaintiff duly delivered the perishable agricultural commodities to the Company.

18.   The Company received and accepted the perishable agricultural commodities from Plaintiff.

19.   The Produce identified above was sold pursuant to the invoices attached hereto as Exhibit A.

20.   The Company received from the Plaintiff each of the invoices included in Exhibit A.

21.   The Company failed to pay for this Produce despite repeated written demands.

22.   Pursuant to the payment terms between the Company and the Plaintiff, the Company is in default with respect to the principal amount of $9,929.25 outstanding to Plaintiff.

23.   Pursuant to the trust provisions of PACA, 7 U.S.C. § 499e(c)(2), and
the Code of Federal Regulations promulgated thereunder, upon receipt of said
commodities, a statutory trust arose in favor of Plaintiff as to all commodities
received by the Company, all inventories of food or other products derived from said
commodities, and the proceeds from the sale of such commodities until <u>full</u> payment
is made for said commodities by the Company to Plaintiff.

24.   The Company has failed and refused to pay for the commodities it
received and accepted from Plaintiff, despite due demand.

25.   On each of the outstanding invoices sent by Plaintiff to the Company,
Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by
PACA to be placed on all invoices by a licensee to notify the buyer that a
seller/supplier of perishable agricultural commodities is preserving its rights as a
beneficiary to the statutory trust.  [7 U.S.C. § 499c(c)(4)], plus interest and attorney's
fees.  (See, copies of unpaid invoices with respective proofs of delivery attached
hereto as Exhibit A.)

26.   Plaintiff is an unpaid creditor, supplier and seller of perishable
agricultural commodities as those terms are defined under the PACA.

27.   Upon information and belief, the Company has dissipated and is
continuing to dissipate the corpus of the statutory trust which arose in favor of

Plaintiff and grew upon each delivery to the Company of perishable agricultural
commodities.

28. The failure of the Company to hold in trust for the benefit of Plaintiff
such perishable agricultural commodities received by it from Plaintiff, and all
inventories of food or other products derived from said commodities, and the
proceeds from the sale of such commodities until full payment of the sums owing to
Plaintiff for said commodities, constitute violations of PACA and PACA Regulations
and are unlawful, and, as a direct result Plaintiff has suffered damages.

**COUNT II**

**Dissipation of Trust Assets**
**7 U.S.C. §§ 499(b), 499e(c), 499e(c)(4)**

**(Against All Defendants)**

29. Plaintiff incorporates each and every allegation set forth in ¶¶ 1-28
as if fully rewritten herein.

30. Upon information and belief, proceeds obtained from the resale of the
perishable agricultural commodities purchased on credit from Plaintiff by the
Company, that were needed to make full payment promptly to trust beneficiaries as
required by 7 U.S.C. § 499b, were improperly expended by the Company, the
Principal and General for other purposes.

31. On each of the outstanding invoices sent by Plaintiff to the Company,
Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by

7

PACA to be placed on all invoices by a licensee to notify the buyer that a

seller/supplier of perishable agricultural commodities is preserving its rights as a

beneficiary to the statutory trust.  [7 U.S.C. § 499e(c)(4)], plus interest and attorney's

fees.  (See, Exhibit A attached hereto.)

32.    Upon information and belief, Defendants received funds subject to

the trust arising under 7 U.S.C. § 499e(c), which should have been used to pay

Plaintiff's outstanding invoices, but were not.

33.    As a direct result of the dissipation of trust assets by the Company,

the Principal and General, Plaintiff has suffered damages.

## COUNT III

### Failure to Pay Trust Funds
### 7 U.S.C. §§ 499(b)

#### (Against the Company)

34.    Plaintiff incorporates each and every allegation set forth in  ¶¶ 1-33

as if fully rewritten herein.

35.    The Company has failed and refuses to pay Plaintiff $9,929.25 from

the PACA trust, which sum is unpaid and overdue to Plaintiff for the perishable

agricultural commodities received and accepted by the Company from Plaintiff.

36.    The failure of the Company to make said payments to Plaintiff from

the statutory trust fund is a violation of PACA 7 U.S.C. § 499b and PACA

Regulations and is in breach of the Company's fiduciary duty as trustee, and, as a direct result, Plaintiff has suffered damages.

## COUNT IV

### Breach of Fiduciary Duty / Non-Dischargeability
### 7 U.S.C. §§ 499b(4), 11 U.S.C. 523(a)

#### (Against All Defendants)

37.   Plaintiff incorporates each and every allegation set forth in ¶¶ 1-36 as if fully rewritten herein.

38.   Upon information and belief, from October 13, 2006 to November 24, 2006, the Principal and General managed, controlled and directed the credit purchase of perishable agricultural commodities from Plaintiff on behalf of the Company.

39.   Upon information and belief, Defendants received, in the regular course of business, funds subject to the PACA statutory trust which were not used for the payment of Plaintiff's outstanding invoices.

40.   Upon information and belief, Defendants, in breach of their fiduciary obligations arising under PACA, directed the disbursement of trust funds for purposes other than making full and prompt payment to Plaintiff as required by PACA, 7 U.S.C. § 499b(4), thereby heightening liability herein to a state of non-dischargeability pursuant to 11 U.S.C. § 523(a).

41.  As a direct result of the foregoing, the Company, the Principal and General have violated their fiduciary duties as trustees in failing and refusing to make the payments required to satisfy the priority trust interests of Plaintiff, and, as a direct result, the Plaintiff has suffered damages.

**COUNT V**

**Breach of Contract / Action on Account**

**(Against the Company)**

42.  Plaintiff incorporates each and every allegation set forth in ¶¶ 1-41 as if fully rewritten herein.

43.  From June 30, 2006 to July 29, 2006, the Company contracted with Plaintiff to purchase fresh fruits on credit.  (See, Exhibit A.)

44.  Pursuant to the payment terms between the parties, the Company is in default to the Plaintiff on amounts unpaid and outstanding.

45.  The Company breached the contract by failing and refusing to pay Plaintiff $9,929.25.  As a direct result, Plaintiff has suffered damages.

**COUNT VI**

**Interest and Attorney's Fees**

**(Against All Defendants)**

46.  Plaintiff incorporates each and every allegation set forth in ¶¶ 1-45 as if fully rewritten herein.

47.   Pursuant to PACA, 7 U.S.C. § 499e(c), and the Regulations promulgated thereunder, Defendants were statutorily required to maintain a trust in favor of Plaintiff in order to make full payment to Plaintiff of said amount.

48.   As a result of the failure of Defendants to maintain the trust and to make full payment promptly, Plaintiff has been required to pay attorney's fees and costs in order to bring this action to compel payment of the trust res.

49.   As a result of the failure of Defendants to comply with their statutorily mandated duties to maintain the trust and make full payment promptly, Plaintiff has lost the use of said money.

50.   Plaintiff will not receive full payment as required by PACA, 7 U.S.C. § 499e(c), if Plaintiff must expend part of said payment on attorney's fees, and litigation costs, and also suffer the loss of interest on the outstanding amounts owed, all because of violations by Defendants of their statutory duties to maintain the trust and make full payment promptly.

51.   In addition to the above recitals, Plaintiff maintains express claims for interest and attorney's fees based upon the terms listed on each invoice, as between merchants, which were all bargained terms of the contract and are sums owing in connection with the produce transaction. Interest to November 29, 2007 totals $2,384.46 and is accruing daily at $4.89. (See PACA trust chart attached hereto as Exhibit B.)

## COUNT VII

### Creation of Common Fund

#### (Against All Defendants)

52.   Plaintiff incorporates each and every allegation set forth in ¶¶ 1-51 as if fully rewritten herein.

53.   Plaintiff is commencing this lawsuit on behalf of itself and other similarly situated PACA trust creditors, and any and all monies recovered from Defendants and other third parties will be distributed on a pro-rata basis among the Plaintiff and all perfected PACA trust creditors joined to this lawsuit.


## PRAYER

**WHEREFORE**, the Plaintiff respectfully prays that this Court issue an Order:

1.   Granting judgment in favor of Plaintiff and against each of the Defendants, jointly and severally, in the principal amount of $9,929.25, together with pre-judgment interest (in accordance with Exhibit B) and post-judgment interest and the costs of this action;

2.   Declaring and directing the Defendants to establish and/or preserve a trust fund consisting of funds sufficient to pay Plaintiff's principal trust claim of $9,929.25 plus pre-judgment interest (in accordance with Exhibit B);

3.   Enjoining, until the entry of the relief herein requested and compliance therewith, Defendants and their agents, employees and representatives from, in any way, directly or indirectly, transferring, assigning or otherwise disposing of the above-described trust fund, or any interest therein, in whole or in part, absolutely or as security;

4.   Declaring and directing Defendants to assign, transfer, deliver and turn over to Plaintiff as much of the above-described trust fund as is necessary to fully compensate Plaintiff for the damages it has suffered and continues to suffer;

5.   Granting Plaintiff reasonable costs and expenses, including attorney's fees in this action; and

6.   Such other and further relief, whether in law or in equity, as this Court deems just and proper.

**Dated:  New York, New York**
**December 4, 2007**

Respectfully submitted,

**Carl E. Person   (CP  7637)**
**Attorney for the Plaintiff,**
**   T & T Imports, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

10:36 AM
09/06/07

# T & T IMPORTS, INC.

## Open Invoices

### As of April 28, 2007

| Type | Date | Num | Aging | Open Balance |
|------|------|-----|-------|--------------|
| **Fine Fare Concourse Village (Ernesto)** | | | | |
| General Journal | 10/18/2006 | Ret. Check | | 525.00 |
| Invoice | 6/30/2006 | 53470 | 302 | 955.25 |
| Invoice | 7/5/2006 | 53583 | 297 | 1,229.00 |
| Invoice | 7/8/2006 | 53734 | 294 | 624.00 |
| Invoice | 7/11/2006 | 53813 | 291 | 1,006.00 |
| Invoice | 7/14/2006 | 53804 | 288 | 1,051.50 |
| Invoice | 7/17/2006 | 53910 | 285 | 708.00 |
| Invoice | 7/19/2006 | 53972 | 283 | 549.50 |
| Invoice | 7/21/2006 | 54024 | 281 | 702.00 |
| Invoice | 7/24/2006 | 54096 | 278 | 1,112.00 |
| Invoice | 7/27/2006 | 54183 | 275 | 1,072.00 |
| Invoice | 7/29/2006 | 54242 | 273 | 395.00 |
| Total Fine Fare Concourse Village (Ernesto) | | | | 9,929.25 |
| **TOTAL** | | | | **9,929.25** |

Exhibit A



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 53470

*Tropical Republic*
*(Republica Tropical)*

Friday, June 30, 2006

Page 1 of 1

Customer

| Fine Fare supermarket | Leo | (718) 665-8600 | Order ID | 478886891 |
|---|---|---|---|---|
| 763 W. Concourse Village A V | Bronx | | Date | 6/30/2006 |
| New York | | | Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 1 | Aguacate Hass Mex. | $32.00 | $32.00 |
| 1 | Ajo Suelto 30 lbs. | $27.00 | $27.00 |
| 5 | Banana | $17.00 | $85.00 |
| 1 | Berenjena Negra | $13.00 | $13.00 |
| 1 | Ceasar Salad | $23.00 | $23.00 |
| 2 | Cebolla Amarilla 20/2 | $15.00 | $30.00 |
| 1 | Cebolla Blanca 50 lbs. | $19.00 | $19.00 |
| 2 | Cebolla Roja 20/2lbs. | $16.00 | $32.00 |
| 1 | Cebolla Suelta Roja 25 | $12.00 | $12.00 |
| 1 | Celery | $32.00 | $32.00 |
| 1 | Chayote | $17.00 | $17.00 |
| 1 | Cilantrillo | $21.00 | $21.00 |
| 1 | Classic Salad | $17.00 | $17.00 |
| 1 | Collard Green | $11.00 | $11.00 |
| 1 | Culanto 40 Pk. | $17.00 | $17.00 |
| 1 | Green Selection Salad | $18.50 | $18.50 |
| 1 | Green Squash | $12.75 | $12.75 |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 |
| 1 | Kale | $11.00 | $11.00 |
| 2 | Lechuga Cello # 24 | $17.50 | $35.00 |
| 2 | Limon Verde | $12.00 | $24.00 |
| 1 | Maiz | $18.50 | $18.50 |
| 1 | manzana mac | $21.00 | $21.00 |
| 1 | Manzana Roja | $27.00 | $27.00 |
| 1 | naranja 72 | $19.00 | $19.00 |
| 1 | Papa Roja Suelta | $24.00 | $24.00 |
| 1 | Papa Suelta Idaho | $17.00 | $17.00 |
| 2 | Peach | $24.00 | $48.00 |
| 1 | Pepino | $18.00 | $18.00 |
| 1 | Pimiento Italiano | $17.00 | $17.00 |
| 1 | Pimiento Rojo | $28.00 | $28.00 |
| 1 | Pimiento Verde | $13.50 | $13.50 |
| 8 | Plat Ecuador | $17.50 | $140.00 |
| 1 | Plum Tomato | $15.00 | $15.00 |
| 2 | Repollo | $12.00 | $24.00 |
| 1 | Repollo Rojo | $13.00 | $13.00 |
| 1 | Scallion | $14.00 | $14.00 |
| 1 | toronja 48 | $19.00 | $19.00 |
| 1 | Yellow Squash | $16.00 | $16.00 |
| 1 | Yuca 40 lbs. | $12.00 | $12.00 |

57

#955.25

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499 (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment received.

$25.00 FEE FOR RETURNED CHECKS

Signature Leonardo

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 53734

*Tropical Republic*
(Republica Tropical)

Saturday, July 08, 2006

Page 1 of 1

| Customer | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-1600 | Order ID .1143431447 |
| 763 W. Concourse Village AV | Broox | | Date 7/8/2006 |
| New York | | | Salesperson Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 1 | Aguacate Hass Mex. | $31.00 | $31.00 |
| 1 | Ajo de Paquete | $29.00 | $29.00 |
| 6 | Banana | $15.00 | $90.00 |
| 1 | Berenjena Negra | $15.00 | $15.00 |
| 2 | Cebolla Amarilla 20/2 | $17.00 | $34.00 |
| 1 | Cebolla Roja 20/2lbs. | $16.00 | $16.00 |
| 1 | Chayote | $17.00 | $17.00 |
| 1 | Collard Green | $12.00 | $12.00 |
| 2 | Guineo Verde 40 Lbs. | $15.00 | $30.00 |
| 1 | Kabucha | $23.00 | $23.00 |
| 2 | Limon Verde | $15.00 | $30.00 |
| 1 | Manzana Amarilla | $31.00 | $31.00 |
| 1 | Manzana Gala | $35.00 | $35.00 |
| 1 | Papa Sucha Idaho | $18.50 | $18.50 |
| 1 | Pera Bosc | $33.00 | $33.00 |
| 2 | Pimiento Verde | $17.00 | $34.00 |
| 1 | Plat Maduro | $23.00 | $23.00 |
| 1 | Plum Tomato | $17.00 | $17.00 |
| 1 | Red Leaf | $18.50 | $18.50 |
| 1 | Romaine Lettuce | $17.00 | $17.00 |
| 2 | Tomate 5 x 6 | $14.00 | $28.00 |
| 1 | Yams #1 | $18.00 | $18.00 |
| 2 | Yuca 40 lbs. | $12.00 | $24.00 |
| 34 | | | $624.00 |

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perla Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventor food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full paym received.

Signature *Leonyd6*

$26.00 FEE FOR RETURNED CHECKS



# T & T IMPORT, CO.

571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

## No. 53804

**Tropical Republic**
*(Republica Tropical)*

Friday, July 14, 2006
Page 1 of 1

| Customer | | | | |
|---|---|---|---|---|
| Fine Pare supermarket | Leo | (718) 665-8600 | **Order ID** | 1603901463 |
| 763 W. Concourse Village AV. | Bronx | | **Date** | 7/14/2006 |
| New York | | | **Salesperson** | Ernesto |

| Quantity | Product Name | Unit Price | Line Total | |
|---|---|---|---|---|
| 1 | Aguacate Hass Mex. | $31.00 | $31.00 | |
| 1 | Ajo Pelado | $30.00 | $30.00 | |
| 4 | Banana | $15.00 | ~~$90.00~~ | 60 |
| 1 | Berenjena Dominicana | $19.00 | $19.00 | |
| 1 | Berenjena Negra | $18.00 | $18.00 | |
| 1 | Broccoli | $14.00 | $14.00 | |
| 2 | Cebolla Amarilla 20/2 | $23.00 | $46.00 | |
| 1 | Chayote | $17.00 | $17.00 | |
| 1 | Cilantrillo | $25.00 | $25.00 | |
| 1 | Finger Carrot (Baby) | $17.00 | $17.00 | |
| 1 | Green Squash | $14.00 | $14.00 | |
| 2 | Guineo Verde 40 Lbs. | $14.50 | $29.00 | |
| 3 | Lechuga Cello # 24 | $15.00 | $45.00 | |
| 2 | Limon Amarillo | $27.00 | $54.00 | |
| 2 | Maiz | $13.00 | $26.00 | |
| 1 | Manzana Roja | $31.00 | $31.00 | |
| 1 | Name Costa Rica 40 lb | $24.00 | $24.00 | |
| 1 | Naranja 100 | $22.00 | $22.00 | |
| 1 | Naranja 72 | $20.00 | $20.00 | |
| 1 | Naranja Agria | $21.00 | $21.00 | |
| 5 | Papa Eastern 5lbs | $14.50 | $72.50 | |
| 5 | Papa Idaho 5lbs | $12.00 | $60.00 | |
| 1 | Pepino | $33.00 | $33.00 | |
| 1 | Pimiento Rojo | $31.00 | $31.00 | |
| 2 | Pimiento Verde | $16.00 | $32.00 | |
| 4 | Plat Ecuador | $17.00 | ~~$102.00~~ | 68 |
| 1 | Plat Maduro | $22.00 | $22.00 | |
| 1 | Repollo | $12.00 | $12.00 | |
| 5 | Tomate 5 x 6 | $17.00 | $85.00 | |
| 1 | toronja 56 | $20.00 | $20.00 | |
| 1 | Tray Tomate | $15.00 | $15.00 | |
| 1 | Yellow Squash | $14.00 | $14.00 | |
| 2 | Yuca 40 lbs | $12.00 | $24.00 | |
| 63 | | | $1,115.50 | |

−64

+ 1051.50

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

#25.00 FEE FOR RETURNED CHECKS

Signature _leonardo_

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 53813

*Tropical Republic*
*(Republica Tropical)*

Tuesday, July 11, 2006
Page 1 of 1

| Customer | | |
|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 |
| 763 W Concourse Village AV. | Bronx | |
| New York | | |

Order ID -512137764
Date 7/11/2006
Salesperson Ernesto

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 6 | Banana | $16.00 | $96.00 |
| 1 | Berenjena Dominicana | $19.00 | $19.00 |
| 1 | Boniato Saco 50 lbs | $21.00 | $21.00 |
| 1 | Broccoli | $14.00 | $14.00 |
| 1 | Ceasar Salad | $23.00 | $23.00 |
| 1 | Cebolla Blanca 50 lbs. | $23.00 | $23.00 |
| 1 | Celery | $39.00 | $39.00 |
| 1 | Cilantrillo | $19.00 | $19.00 |
| 1 | Classic Salad | $17.00 | $17.00 |
| 1 | Collard Green | $12.00 | $12.00 |
| 1 | Culantro 40 Pk. | $17.00 | $17.00 |
| 1 | Green Leaf | $17.00 | $17.00 |
| 1 | Green Selection Salad | $18.00 | $18.00 |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 |
| 1 | Italian Salad | $22.00 | $22.00 |
| 1 | Kale | $11.00 | $11.00 |
| 1 | Kiwi | $14.00 | $14.00 |
| 2 | Lechuga Cello # 24 | $13.00 | $26.00 |
| 1 | Limon Amarillo | $29.00 | $29.00 |
| 2 | Limon Verde | $14.00 | $28.00 |
| 1 | Naranja 100 | $19.00 | $19.00 |
| 1 | naranja 72 | $19.00 | $19.00 |
| 2 | Nectarine | $19.00 | $38.00 |
| 1 | Okra | $21.00 | $21.00 |
| 1 | Papa Roja Suelta | $24.00 | $24.00 |
| 1 | Pepino | $27.00 | $27.00 |
| 1 | Pimiento Italiano | $21.00 | $21.00 |
| 1 | Pimiento Verde | $15.00 | $15.00 |
| 8 | Plat Ecuador | $17.00 | $136.00 |
| 1 | Plat Maduro | $23.00 | $23.00 |
| 1 | Plum Rojo | $24.00 | $24.00 |
| 1 | Plum Tomato | $17.00 | $17.00 |
| 3 | Repollo | $12.00 | $36.00 |
| 3 | Tomate 5 x 6 | $15.00 | $45.00 |
| 1 | Tomate tray | $17.00 | $17.00 |
| 1 | Uva Flame | $23.00 | $23.00 |
| 1 | Uva Globe | $25.00 | $25.00 |
| 1 | Yams #1 | $17.00 | $17.00 |
| 57 | | | $1,023.00 |

- 17
$ 1006

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of ood or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature    Leonard C

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. **53583**

*Tropical Republic*
*(Republica Tropical)*

Wednesday, July 05, 2006

Page 1 of 1

| Customer | | | | Order ID | -310946955 |
|---|---|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | | | |
| 763 W. Concourse Village AV | Bronx | | | Date | 7/5/2006 |
| New York | | | | Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Line Total | |
|---|---|---|---|---|
| 1 | Aguacate Hass Mex. | $32.00 | $32.00 | |
| 6 | Banana | $16.00 | $96.00 | |
| 1 | Boniato Saco 50 lbs. | $24.00 | $24.00 | |
| 2 | Broccoli | $21.00 | $42.00 | |
| 2 | Cebolla Amarilla 20/2 | $16.00 | $32.00 | |
| 1 | Cebolla Hispana 50 lbs | $18.00 | $18.00 | |
| 1 | Cebolla Suelta Roja 25 | $12.00 | $12.00 | |
| 1 | Celery | $39.50 | $39.50 | |
| 1 | Coco Seco 40 Count | $23.00 | $23.00 | |
| 1 | Cole Slow | $14.00 | $14.00 | |
| 1 | Collard Green | $12.00 | $12.00 | |
| 1 | Espinaca Cello | $10.00 | $10.00 | |
| 1 | Grape Tomate | $15.00 | $15.00 | |
| 1 | Green Leaf | $17.00 | $17.00 | |
| 1 | Kale | $13.00 | $13.00 | |
| 2 | Lechuga Cello #24 | $19.00 | $38.00 | |
| 2 | Limon Amarillo | $30.00 | $60.00 | |
| 2 | Limon Verde | $12.00 | $24.00 | |
| 2 | Maiz | $19.00 | $38.00 | |
| 3 | Mango Mexico | $5.50 | $16.50 | |
| 2 | Manzana Roja Bolsa | $19.00 | $38.00 | |
| 5 | Papa Idaho 5lbs | $12.00 | $60.00 | |
| 1 | Papa Suelta Idaho | $19.00 | $19.00 | |
| 1 | Peach | $24.00 | $24.00 | |
| 1 | Pepino | $19.00 | $19.00 | |
| 1 | Pera Anjou | $40.00 | $40.00 | |
| 1 | Pimiento Rojo | $30.00 | $30.00 | |
| 2 | Pimiento Verde | $14.00 | $28.00 | |
| 1 | Pina | $16.00 | $16.00 | |
| 10 | Plat Ecuador | $17.00 | $170.00 | |
| 1 | Plum Tomato | $18.00 | $18.00 | |
| 2 | Repollo | $13.00 | $26.00 | |
| 1 | Romaine Lettuce | $15.00 | $15.00 | |
| 1 | String Bean | $27.00 | $27.00 | |
| 3 | Tomate 5 x 6 | $14.00 | $42.00 | |
| 1 | Tomate Cello | $17.00 | $17.00 | |
| 1 | Toronja | $18.00 | $18.00 | |
| 1 | Yams #1 | $18.00 | $18.00 | |
| 1 | Yautia Blanca | $28.00 | $28.00 | |
| 70 | | | $1,229.00 | |

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**$25.00 FEE FOR RETURNED CHECKS**

Signature _Leonardo_                                             ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No: 53910

*Tropical Republic*
*(Republica Tropical)*

Monday, July 17, 2006
Page 1 of 1

| Customer | | |
|---|---|---|
| Fine Fare supermarket    Leo | (718) 665-8600 | Order ID    1185933060 |
| 763 W. Concourse Village AV.    Bronx | | Date    7/17/2006 |
| New York | | Salesperson    Ernesto |

| Quantity | Product Name | Unit Price | Line Total | |
|---|---|---|---|---|
| 1 | Aguacate Florida | $15.00 | $15.00 | |
| 4 | Banana | $14.50 | $57.00 | |
| 1 | Boniato Saco 50 lbs. | $18.00 | $18.00 | |
| 1 | Broccoli | $13.00 | $13.00 | |
| 2 | Cebolla Amarilla 20/2 | $23.00 | $46.00 | |
| 1 | Cebolla Roja 20/2lbs | $18.00 | $18.00 | |
| 1 | Celery | $33.00 | $33.00 | |
| 1 | Collard Green | $11.00 | $11.00 | |
| 2 | Lechuga Cello # 24 | $16.00 | $32.00 | |
| 1 | Limon Verde | $15.00 | $15.00 | |
| 3 | Mango Mexico | $5.50 | $16.50 | |
| 2 | Melon | $16.00 | $32.00 | |
| 1 | Papa Roja Suelta | $25.00 | $25.00 | |
| 1 | Papa Suelta Idaho | $19.00 | $19.00 | |
| 2 | Pimiento Verde | $17.00 | $34.00 | |
| 6 | Plat Ecuador | $16.50 | $99.00 | |
| 1 | Plat Maduro | $22.00 | $22.00 | |
| 1 | Plum Tomato | $17.00 | $17.00 | |
| 1 | Romaine Lettuce | $17.00 | $17.00 | |
| 1 | Scallion | $15.00 | $15.00 | |
| 1 | String Bean | $20.00 | $20.00 | |
| 5 | Tomate 5 x 6 | $17.00 | $85.00 | |
| 1 | Tomate Cello | $15.00 | $15.00 | |
| 1 | tomate tray | $16.00 | $16.00 | |
| 1 | Yams #1 | $16.50 | $16.50 | |
| 45 | | | $737.00 | |

– 29
708

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 50 of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature  Leonardo

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 53972

*Tropical Republic*
*(Republica Tropical)*

Wednesday, July 19, 2006

Page 1 of 1

Customer

| | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | Order ID -1861936270 |
| 763 W. Concourse Village AV. | Bronx | | Date 7/19/2006 |
| New York | | | Salesperson Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 6 | Banana | $14.50 | $87.00 |
| 1 | Cebolla Suelta Roja 25 | $16.00 | $16.00 |
| 1 | Green Leaf | $17.00 | $17.00 |
| 2 | Guineo Verde 40 Lbs. | $14.50 | $29.00 |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 |
| 5 | Mango Mexico | $5.50 | $27.50 |
| 1 | Manzana Gala | $36.00 | $36.00 |
| 1 | Manzana Verde | $33.00 | $33.00 |
| 1 | Melon | $17.00 | $17.00 |
| 1 | Naranja 100 | $21.00 | $21.00 |
| 2 | Nectarine | $17.00 | $34.00 |
| 2 | Peach | $16.00 | $32.00 |
| 1 | Pepino | $23.00 | $23.00 |
| 1 | Pera Anjou | $44.00 | $44.00 |
| 3 | Plat Ecuador | $17.00 | $51.00 |
| 1 | Plum Tomato | $18.00 | $18.00 |
| 1 | Red Leaf | $17.00 | $17.00 |
| 1 | Repollo | $12.00 | $12.00 |
| 2 | Yuca 40 lbs | $12.00 | $24.00 |
| 34 | | | $549.50 |



• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature Leonardo

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 54024

**Tropical Republic**
*(Republica Tropical)*

Friday, July 21, 2006
Page 1 of 1

| Customer | | | | | |
|---|---|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | | Order ID | -2067615510 |
| 763 W Concourse Village AV | Bronx | | | Date | 7/21/2006 |
| New York | | | | Salesperson | Ernesto |

| Quantity | Product Name | Unit Price | Total |
|---|---|---|---|
| 1 | aguacate hass verde | $32.00 | $32.00 |
| 4 | Banana | $14.50 | $58.00 |
| 1 | Berenjena Negra | $25.00 | $25.00 |
| 1 | Broccoli | $13.00 | $13.00 |
| 1 | Chayote | $17.00 | $17.00 |
| 1 | Cilantrillo | $21.00 | $21.00 |
| 1 | Classic Salad | $17.00 | $17.00 |
| 1 | Green Leaf | $17.00 | $17.00 |
| 1 | Kale | $13.00 | $13.00 |
| 1 | Kiwi | $16.00 | $16.00 |
| 3 | Lechuga Cello # 24 | $15.00 | $45.00 |
| 2 | Limon Amarillo | $26.00 | $52.00 |
| 2 | Limon Verde | $15.00 | $30.00 |
| 1 | Melon | $17.00 | $17.00 |
| 5 | Papa Eastern 5lbs | $14.00 | $70.00 |
| 1 | Pepino | $17.00 | $17.00 |
| 1 | Pimiento Rojo | $26.00 | $26.00 |
| 1 | Pimiento Verde | $19.00 | $19.00 |
| 3 | Plat Ecuador | $16.00 | $48.00 |
| 1 | Plat Maduro | $23.00 | $23.00 |
| 1 | Plum Rojo | $25.00 | $25.00 |
| 1 | Plum Tomato | $17.00 | $17.00 |
| 2 | Repollo | $12.00 | $24.00 |
| 1 | Yams #1 | $16.00 | $16.00 |
| 1 | Yautia Blanca | $28.00 | $28.00 |
| 1 | Zanahoria de Paquete | $16.00 | $16.00 |
| 40 | | | $702.00 |



• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Per Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventory food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full pay received.

#25.00 FEE FOR RETURNED CHECKS

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-8155 • Fax: (718) 401-9162

No. 54096

**Tropical Republic**
(Republica Tropical)

Monday, July 24, 2006

Page 1 of 1

| Customer | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | **Order ID** -232518286 |
| 763 W. Concourse Village AV. | Bronx | | **Date** 7/24/2006 |
| New York | | | **Salesperson** Ernesto |

| Quantity | Product Name | Unit Price | Total |
|---|---|---|---|
| 1 | Ajo de Paquete | $28.00 | $28.00 |
| 6 | Banana | $14.50 | $87.00 |
| 2 | Broccoli | $15.00 | $30.00 |
| 3 | Cebolla Amarilla 20/2 | $20.00 | $60.00 |
| 1 | Cilantrillo | $19.00 | $19.00 |
| 1 | Finger Carrot (Baby) | $17.00 | $17.00 |
| 1 | Green Squash | $12.00 | $12.00 |
| 1 | Hongo Cello 8oz. | $11.00 | $11.00 |
| 1 | Kabucha | $20.00 | $20.00 |
| 4 | Lechuga Cello # 24 | $17.00 | $68.00 |
| 1 | Loose Carrot 50 Lbs. | $19.00 | $19.00 |
| 1 | Manzana Amarilla | $29.00 | $29.00 |
| 1 | Manzana Roja | $32.00 | $32.00 |
| 1 | Melon | $17.00 | $17.00 |
| 1 | Naranja 100 | $20.00 | $20.00 |
| 1 | Naranja 80 | $22.00 | $22.00 |
| 1 | Okra | $24.00 | $24.00 |
| 2 | Papa Eastern 5lbs | $14.00 | $28.00 |
| 5 | Papa Idaho 5lbs | $14.00 | $70.00 |
| 1 | Papa Roja Suelta | $28.00 | $28.00 |
| 1 | Papa Suelta Idaho | $18.00 | $18.00 |
| 1 | Peach | $16.00 | $16.00 |
| 1 | Pepino | $16.00 | $16.00 |
| 1 | Pimiento Italiano | $15.00 | $15.00 |
| 1 | Pimiento Rojo | $31.00 | $31.00 |
| 3 | Pimiento Verde | $18.00 | $54.00 |
| 8 | Plat Ecuador | $15.00 | $120.00 |
| 1 | Plum Tomato | $16.00 | $16.00 |
| 2 | Repollo | $11.00 | $22.00 |
| 6 | Tomate 5 x 6 | $15.00 | $90.00 |
| 1 | Tomate Cello | $14.00 | $14.00 |
| 1 | toronja 56 | $21.00 | $21.00 |
| 1 | Uva Globe | $21.00 | $21.00 |
| 1 | Uva Verde | $17.00 | $17.00 |
| **65** | | | **$1,112.00** |

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**$25.00 FEE FOR RETURNED CHECKS**

Signature _Leonardo_

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (718) 401-9162

No. 54183

*Tropical Republic*
*(Republica Tropical)*

Thursday, July 27, 2006

Page 1 of 1

| Customer | | | |
|---|---|---|---|
| Fine Fare supermarket | Leo | (718) 665-8600 | Order ID 990245955 |
| 763 W. Concourse Village AV | Bronx | | Date 7/27/2006 |
| New York | | | Salesperson Ernesto |

| Quantity | Product Name | Unit Price | Line Total |
|---|---|---|---|
| 1 | Aguacate Hass Mex | $30.00 | $30.00 |
| 1 | Ajo Pelado | $28.00 | $28.00 |
| 3 | Banana | $13.00 | $39.00 |
| 2 | Berenjena Negra | $17.00 | $34.00 |
| 1 | Boniato Saco 50 lbs | $22.00 | $22.00 |
| 2 | Broccoli | $15.00 | $30.00 |
| 3 | Cebolla Amarilla 20/2 | $19.00 | $57.00 |
| 1 | Cebolla Hispana 50 lbs. | $22.00 | $22.00 |
| 1 | Celery | $23.00 | $23.00 |
| 1 | Cilantrillo | $17.00 | $17.00 |
| 1 | Classic Salad | $17.00 | $17.00 |
| 1 | Collard Green | $11.00 | $11.00 |
| 1 | Finger Carrot (Baby) | $18.00 | $18.00 |
| 1 | Grape Tomate | $15.00 | $15.00 |
| 1 | Hot Pepper | $28.00 | $28.00 |
| 1 | Italian Salad | $22.00 | $22.00 |
| 1 | Kale | $12.00 | $12.00 |
| 2 | Lechuga Cello # 24 | $18.00 | $36.00 |
| 2 | Limon Amarillo | $26.00 | $52.00 |
| 2 | Limon Verde | $15.00 | $30.00 |
| 2 | Maiz | $13.00 | $26.00 |
| 1 | Naranja 100 | $22.00 | $22.00 |
| 1 | naranja 72 | $22.00 | $22.00 |
| 1 | Peach | $20.00 | $20.00 |
| 2 | Pepino | $16.00 | $32.00 |
| 1 | Pera Anjou | $43.00 | $43.00 |
| 1 | Pimiento Italiano | $13.00 | $13.00 |
| 1 | Pimiento Rojo | $21.00 | $21.00 |
| 8 (4) | Plat Ecuador | $15.00 | $120.00 60 |
| 1 | Plat Maduro | $22.00 | $22.00 |
| 2 | Plum Tomato | $16.00 | $32.00 |
| 1 | Red Leaf | $17.00 | $17.00 |
| 1 | Romaine Lettuce | $23.00 | $23.00 |
| 6 | Tomate 5 x 6 | $14.00 | $84.00 |
| 1 | Tomatillo Large | $23.00 | $23.00 |
| 80 | Watermelon (Lbs.) | $0.35 | $28.00 |
| 1 | Yanis #1 | $17.00 | $17.00 |
| 2 | Yuca 40 lbs. | $12.00 | $24.00 |
| 142 | | | $1,132.00 |

$- 60

$1072.-

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

$25.00 FEE FOR RETURNED CHECKS

Signature  Leonardo

ORIGINAL



**T & T IMPORT, CO.**
571 Austin Pl., Bronx, NY 10455
Tel: (718) 401-9155 • Fax: (71

*Tropical Republ*
*(Republica Tropica*

No. 54242

*Now*
*Associated*
*↓*
*Now Owns*

Customer
Fine Fare supermarket      Leo          (718) 665-8600
763 W. Concourse Village AV      Bronx
New York

| Quantity | Product Name | | | |
|---|---|---|---|---|
| | Aguacate Hass Mex | | | |
| | Banana | | | |
| | Berenjena Dominicana | | | |
| | Cebolla Amarilla 20/2 | | | |
| | Cebolla Roja 20/2lbs | | | |
| | Culantro 40 Pk. | | | |
| | Guineo Verde 40 Lbs | | | |
| | Melon | | | |
| | Nectarine | | | |
| | Peach | | $43.00 | $43.00 |
| | PERA Bosc | | $15.00 | $75.00 |
| | Plat Ecuador | | $12.00 | $24.00 |
| | Repollo | | $23.00 | $23.00 |
| | | | | $383.00 |

*T&T imports*
*v.*
*Fine fair Super*

*718 401-9155*
*Carlos wants a*
*Status*

*12*
*—*
*395*

*2*

• No return or claim of merchandise after 24 hours.
• The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishal Agricultural Commodities Act, 1930, 7 USC 499e (c). The seller of these commodities retains a trust claim over these commodities all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment received

$25.00 FEE FOR RETURNED CHECKS

PACA Trust Chart                               Name of Debtor/Defendant
PACA Trust Creditor: T T Imports, Inc.

| Invoice No. | Invoice Date | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue 11/29/07 | Accrued Interest through 11/29/07 | PACA Trust Amount |
|---|---|---|---|---|---|---|---|

PACA TRUST CHART                                                      11/29/2007

PACA Trust Creditor:  T & T Imports, Inc.

NAME OF DEBTOR/DEFENDANT:              Renzo Food Corp., d/b/a Fine Fare Supermarket
COURT and CASE NUMBER:         SDNY 07 Civ.

| Invoice No. | Invoice Date | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue | Accrued Interest | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| 53470 | 6/30/06 | 6/30/06 | 07/10/06 | $955.25 | 507.00 | $238.84 | $1,194.09 |
| 53734 | 7/8/06 | 7/8/06 | 07/18/06 | $624.00 | 499.00 | $153.56 | $777.56 |
| 53804 | 7/14/06 | 7/14/06 | 07/24/06 | $1,051.50 | 493.00 | $255.64 | $1,307.14 |
| 53813 | 7/11/06 | 7/11/06 | 07/21/06 | $1,006.00 | 496.00 | $246.07 | $1,252.07 |
| 53583 | 7/5/06 | 7/5/06 | 07/15/06 | $1,229.00 | 502.00 | $304.25 | $1.533.25 |
| 53910 | 7/17/06 | 7/17/06 | 07/27/06 | $708.00 | 490.00 | $171.08 | $879.08 |
| 53972 | 7/19/06 | 7/19/06 | 07/29/06 | $549.50 | 488.00 | $132.24 | $681.74 |
| 54024 | 7/21/06 | 7/21/06 | 07/31/06 | $702.00 | 486.00 | $168.25 | $870.25 |
| 54096 | 7/24/06 | 7/24/06 | 08/03/06 | $1,112.00 | 483.00 | $264.87 | $1.376.87 |
| 54183 | 7/27/06 | 7/27/06 | 08/06/06 | $1,072.00 | 480.00 | $253.76 | $1.325.76 |
| 54242 | 7/29/06 | 7/29/06 | 08/08/06 | $395.00 | 478.00 | $93.11 | $488.11 |
| 99999 | 10/18/06 | 10/18/06 | 10/28/06 | $525.00 | 397.00 | $102.78 | $627.78 |
| | | | | ======= | | ======= | ======== |
| | | | | $9,929.25 | | $2,384.46 | $12,313.71 |

The amount of interest per day is equal to:          $4.897

Exhibit B



## Live Report : RENZO FOOD CORP

**D-U-N-S® Number:** 17-464-4497
**Trade Names:** No trade names for this company.

**Endorsement:** leepakulsky@courtrecoveryser

| D&B Address | |
|---|---|
| **Address** | 763 Concourse Vlg W<br>Bronx, NY - 10451 |
| **Location Type** | Single Location |
| **Phone** | 718 665-8600 |
| **Fax** | 718-402-3415 |
| **Web** | |

*[handwritten notes: Johnny Cecil Trading 212-682-8070 · FAX 212-532-3454 · Sampson Goldberg · 718 824 5800 · Chin Fryer 286 Madison 2nd Fl 10017]*

## Company Summary

### Score Bar

| PAYDEX® | Commercial Credit Score Class | Financial Stress Class | Credit Limit - D&B Conservative |
|---|---|---|---|
| **NA** | **5** | **3** | **UN** |

D&B Rating

**DS**

### D&B Company Overview

**This is a single location**

| | |
|---|---|
| Manager | JOHNNY DIAZ, PRIN |
| Employees | 3 |
| SIC | 5411 |
| Line of business | Ret groceries |
| NAICS | 445110 |

### Public Filings

| | Record Type | # of Records | Most Recent Filing Date |
|---|---|---|---|
| | Bankruptcies | 0 | |

# EXHIBIT 2

| | | | | |
|---|---|---|---|---|
| ل | Judgments | 9 | | 08/07/07 |
| ل | Liens | 16 | | 05/01/07 |
| ل | Suits | 0 | | - |
| ل | UCC's | 10 | | 08/01/07 |

---

**Commercial Credit Score Class**

**Commercial Credit Score Class:  5**

**High** risk of severe payment delinquency over next 12 months.

---

**Financial Stress Score Class**

**Financial Stress Score Class:  3**

**Medium** risk of severe financial stress over the next 12 months.

---

**Corporate Linkage - Parent Company**

No parent company found. To view the full family tree, which may include branches, subsidiaries and affiliates, click on View Details.

© 2005-2007 Dun & Bradstreet, Inc.

Jan 23 08 01:04p    Carl Person                    212-307-0247              p.1

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                          District of                    New York

T & T IMPORTS, INC., Plaintiff,

v.                                          **SUMMONS IN A CIVIL ACTION**

RENZO FOOD CORP., d/b/a Fine Fare
Supermarket; JOHNNY DIAZ,
individually and in his corporate               CASE NUMBER:
capacity; and GENERAL TRADING CO,
INC., Defendants.                               **07 CV 10990**

TO: (Name and address of Defendant)

Renzo Food Corp., d/b/a Fine Fare Supermarket, 763 Concourse Village
West, Bronx NY 10451-3801

Johnny Diaz, 763 Concourse Village West, Bronx NY 10451-3801

General Trading Co., Inc., 455 16th St., Carlstadt NJ 07072

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl E. Person, 325 W. 45th Street - Suite 201, New York NY
10036-3803  (Tel. 212) 307-4444

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                           DEC 0 4 2007

CLERK _____          DATE _____

(BY) DEPUTY CLERK

# EXHIBIT 3

P.007/009    (FAX)

FROM : ANDREW_SQUIRE          FAX NO. :718 771 2243          Mar. 22 2006 07:15AM P2

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE 12/07/07 |
|---|---|
| NAME OF SERVER (PRINT) GENE LOMBARDO | TITLE AGENT FOR T+T IMPORTS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 763 CONCOURSE VILLAGE BRONX NY — A LATIN MALE ACCEPTED THE DOCUMENTS FOR RENZO FOOD CORP — HE STATED HE WAS JOHNNY DIAZ, ALL — OFFICER OF RENZO FOOD CORP

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/7/07
        Date

Signature of Server

220 FOOD CENTER DRIVE
BRONX NY 10474

I.P2_Req_Clerk_Enter_Default_Rule_55.Doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

T & T IMPORTS, INC.,

                               Plaintiff,

                               -against-

RENZO FOOD CORP., d/b/a Fine Fare Supermarket;
JOHNNY DIAZ, individually and in his corporate
capacity; and GENERAL TRADING CO., INC.,

                               Defendants.

------------------------------------------------------------------------x

**ECF CASE**

**07 CV 10990 (JFK)**

**REQUEST TO**
**ENTER DEFAULT**

**TO:  J. MICHAEL McMAHON, CLERK OF COURT**
      **UNITED STATES DISTRICT COURT**
      **SOUTHERN DISTRICT OF NEW YORK**

Please enter default of defendants, Renzo Food Corp. and Johnny Diaz, pursuant to

Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the

above-captioned action as fully appears from the court file herein and from the attached declaration

of Carl E. Person dated January 31, 2008.

**Dated:  New York, New York**
        **January 31, 2008**

*Carl E Person*

**Carl E. Person  (CP 7637)**
**Attorney for Plaintiff, T & T Imports, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                         :

**T & T IMPORTS, INC.,**                      :

                            **Plaintiff,**     :

                     **-against-**           :

**RENZO FOOD CORP., d/b/a Fine Fare Supermarket;**  :
**JOHNNY DIAZ, individually and in his corporate**  :
**capacity; and GENERAL TRADING CO., INC.,**    :

                     **Defendants.**    :

                                       :
-------------------------------------------------------------------x

**ECF CASE**

**07 CV 10990 (JFK)**

**DECLARATION OF**
**CARL E. PERSON**

I, Carl E. Person, declare as follows:

1..     I am the attorney for the Plaintiff, T & T Imports, Inc. (the "Plaintiff") in the above-captioned action, am fully aware of the facts stated herein, and make this declaration in support of the Plaintiff's application for entry of a default by the Clerk of the Court against Defendants Renzo Food Corp. ("Renzo") and Johnny Diaz ("Diaz").

2..     The Complaint in this action was filed on December 4, 2007, and a summons was issued on the same date.

3..     A copy of the Summons and Complaint was served on Defendants Renzo and Diaz on December 7, 2007, by service of a copy of the Summons and Complaint on Diaz, at 763 Concourse Village, Bronx, New York.

4..     A copy of the Proof of Service was filed on January 31, 2008, showing that an answer or motion was due on December 27, 2007, and that no answer or motion was made by either of the defendants at any time from service of process upon them to the present.

2

5.. Accordingly, the Plaintiff requests that the Clerk of the Court enter a default as to each of Defendants Renzo and Diaz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on January 21, 2008 at New York, New York.

Carl E. Person

By: _____

Carl E. Person

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x

**T & T IMPORTS, INC.,**

                                        Plaintiff,

                    -against-

**RENZO FOOD CORP., d/b/a Fine Fare Supermarket;**
**JOHNNY DIAZ, individually and in his corporate**
**capacity; and GENERAL TRADING CO., INC.,**

                                        Defendants.

-----------------------------------------------------------------------------x

**ECF CASE**

**07 CV 10990 (JFK)**

**PROOF OF SERVICE**

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on January 31, 2008, I caused to be served a true copy of the following documents (the "Documents"):

**REQUEST TO ENTER DEFAULT;**
**DECLARATION OF CARL E. PERSON; and**
**[proposed] CLERK'S CERTIFICATE OF DEFAULT**

(the "Documents") dated January 31, 2008 on the Defendants, **Renzo Food Corp.** and **Johnny Diaz** by mailing a copy of the Documents to each of them to the following address(es):

Renzo Food Corp.
763 Concourse Village West
Bronx, New York 10451-3801

Johnny Diaz
763 Concourse Village West
Bronx, New York 10451-3801

**Dated:  January 31, 2008**

Carl E. Person

_____
**Carl E. Person (CP 7637)**

5

# Carl E. Person

*Attorney at Law*
325 W. 45th Street - Suite 201
New York NY 10036-3803

Tel: 212-307-4444
Fax: 212-307-0247

**BY HAND**

**January 29, 2008**

J. Michael McMahon, Clerk of Court                    Tel: (212) 805-0136
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007-1312

Re:    *T & T Imports, Inc. v. Renzo Food Corp., et al.*
       07 CV 10990 (JFK) (DF)
       Filing of Original Proof of Service as to
       Defendants Renzo Food Corp. and Johnny Diaz

Dear Mr. McMahon:

       Enclosed for filing is the original of the Proof of Service showing service of the
Summons and Complaint on December 7, 2007 upon Defendants **Renzo Food Corp.** and **Johnny
Diaz**.

       Also, I am emailing to you, at case_openings@nysd.uscourts.gov, a pdf copy of the
original Proof of Service.

Very truly yours,

Carl E. Person  (CP 7637)
Attorney for the Plaintiff

**Service of Process:**
1:07-cv-10990-JFK T & T Imports, Inc. v. Renzo Food Corp., et al
ECF

### U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Person, Carl on 1/31/2008 at 12:52 PM EST and filed on 1/31/2008

| | |
|---|---|
| **Case Name:** | T & T Imports, Inc. v. Renzo Food Corp., et al |
| **Case Number:** | 1:07-cv-10990 |
| **Filer:** | T & T Imports, Inc. |
| **Document Number:** | 4 |

**Docket Text:**
**AFFIDAVIT OF SERVICE of Summons and Complaint. Renzo Food Corp. served on 12/7/2007, answer due 12/27/2007; Johnny Diaz served on 12/7/2007, answer due 12/27/2007. Service was accepted by Johnny Diaz. Document filed by T & T Imports, Inc.. (Person, Carl)**

**1:07-cv-10990 Notice has been electronically mailed to:**

Carl E. Person    carlpers@ix.netcom.com

**1:07-cv-10990 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2008] [FileNumber=4228753-0
] [b03b18cc1d29fabf05dccf1636a1ae0341ea0761981364072018fb7f01b0d9cf21d
6812024f8514704b32e308ccd1b2b27cf65b7b983976f964a0d8105911173]]

LP2_Req_Clerk_Enter_Default_Rule_55.Doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

**T & T IMPORTS, INC.,**

                                    **Plaintiff,**

          **-against-**

**RENZO FOOD CORP., d/b/a Fine Fare Supermarket;**
**JOHNNY DIAZ, individually and in his corporate**
**capacity; and GENERAL TRADING CO., INC.,**

                                    **Defendants.**

-------------------------------------------------------------------------x

**ECF CASE**

**07 CV 10990 (JFK)**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

          I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern

District of New York, DO HEREBY CERTIFY that the Defendants Renzo Food Corp. and Johnny

Diaz have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure,

and have not filed an answer or otherwise moved with respect to the complaint herein. The default

of Defendants, **Renzo Food Corp.** and **Johnny Diaz** is hereby noted pursuant to Rule 55(a) of the

Federal Rules of Civil Procedure.

**Dated:   New York, New York**
          **January 31, 2008**

                                    **J. MICHAEL McMAHON**
                                    _____
                                    **Clerk of Court**

                                    **By** _____
                                              **Deputy Clerk**

# EXHIBIT 4

December 01 2007

In Reference To:  PACA 1 case - T & T Imports, Inc. v. Renzo Food Corp., d/b/a Fine
Fare Supermarket; Johnny Diaz, individually and in his corporate
capacity; and General Trading Co., Inc.

Invoice #5157

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/14/2007 CEP | **Activity Date**<br>11/14/07 - I called Lee and we made appointment for tomorrow at<br>12:30 to talk about PACA matter to make motion for TRO - NO<br>CHARGE | 0.17<br>200.00/hr | NO CHARGE |
| 11/29/2007 CEP | **Activity Date**<br>11/29/07 - prepared draft of complaint based on two other complaints;<br>winding up with about 6-7 causes of action; called Lee and got PACA<br>number for client working on PACA Trust Chart to enable the action to<br>qualify for immediate judgment in the event of a default (chart consists<br>of 11 invoices (and a $525 returned check) with number of days from<br>date invoice should have been paid, with interest calculated to 11/29 at<br>18%, added to principal of Trust; and still have to calculate daily rate of<br>interest from 11/29 forward; form will be useful for other PACA lawsuits | 6.00<br>200.00/hr | 1,200.00 |
| | For professional services rendered | 6 17 | $1,200.00 |
| | Balance due | | $1,200.00 |

$ 1,200.00

December 06 2007

In Reference To:  PACA 1 case - T & T Imports, Inc. v. Renzo Food Corp., d/b/a Fine
Fare Supermarket; Johnny Diaz, individually and in his corporate
capacity; and General Trading Co., Inc.

Invoice #5163

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2007 CEP | **Activity Date**<br>12/1/07 - set up billing program; prepared and sent 12/1/07 statement<br>to Lee by email, together with copy of the PACA T & T Imports<br>Complaint - NO CHARGE | 0.33<br>200.00/hr | NO CHARGE |
| 12/2/2007 CEP | **Activity Date**<br>12/02/07 - sent copy of statement and complaint to Lee - NO CHARGE | 0 25<br>200.00/hr | NO CHARGE |
| 12/3/2007 CEP | **Activity Date**<br>12/03/07 - working on the T & T complaint to make minor revisions,<br>completing Exhibit B with daily interest factor, preparing Civil Cover<br>Sheet, preparing Rule 7.1 Statement, preparing Summons; making pdf<br>copy of Exhibits A and B and of both Complaint with Exhibits (A/B);<br>made 7 copies of complaint with Exhibits A/B - 21 pages x 7=147<br>pages; ready for filing (but do not take to process company) | 2.50<br>200.00/hr | 500 00 |
| 12/4/2007 CEP | **Activity Date**<br>12/4/07 - Summons and complaint were filed today - $350 filing fee<br>(my check); $4 subway; email to Lee advising him that the case was<br>filed - NO CHARGE | 0.02<br>200.00/hr | NO CHARGE |
| 12/5/2007 CEP | **Activity Date**<br>12/05/07 - making pdf copies; making copies for service (court rules,<br>individual practices of Judge and Magistrate Judge), summons,<br>complaint, transmitting pdf copy of summons, complaint, civil cover<br>sheet, rule 7.1 statement to case-openings clerk | 1.00<br>200.00/hr | 200.00 |
| | For professional services rendered | 4.10 | $700.00 |

$ 700.00

# EXHIBIT 5

**$ 356.77**

Additional Charges:

| | Qty/Price | Amount |
| --- | --- | --- |
| 12/03/2007 CEP Copying cost 12/03/07 - Copying cost - 21 x 7 copies = 147 | 141 0.15 | 21.05 |
| 12/02/07 CEP Recording Fee 12/02/07 - Filing Fee by check # 6671 to be given to court clerk tomorrow for filing of complaint in T & T Imports, Inc. PACA case | 1 350.00 | 350.00 |
| 12/4/2007 CEP Delivery Cost 12/4/07 paralegal expense filing summons and complaint in court $50, + $4 subway expense | 1 54.00 | 54.00 |
| 12/05/2007 CEP Copying cost 12/05/07 - Copying cost: complaint-21 pp, summons-2 pp, civil cover sheet-2 pp, individual practices 2 judges plus court rules-20 = 45 pages x 4 | 180 0.15 | 27.00 |

Total additional charges   $453.05

Total amount of this bill   $1,153.05
Previous balance   $1,200.00
Total payments   ($1,200.00)
Balance due   $.1,153.05

---

**$ 453.05**

December 22, 2007

In Reference To: PACA Case – T & T Imports, Inc. v. Renzo Food Corp. d/b/a Fine Fare Supermarket, Johnny D az, individually and in his corporate capacity and Genera Trading Co., Inc.

Invoice #5165

Professional Services

| | Hrs/Rate | Amount |
| --- | --- | --- |
| 12/11/2007 CEP Activity Date 12/11/07 - got call from someone relating to this case, who said her employer was preparing a letter to fax to me, no letter received | 0.07 200.00/hr | 13.33 |
| 12/14/2007 CEP Activity Date 12/14/07 - got call from lawyer regarding General, 2nd time he called, Call on Monday | 0.05 200.00/hr | 10.00 |
| 12/17/2007 CEP Activity Date 12/17/07 - 3 telephone conversations with attorney Goldberg and received the letter explaining why his client General was not liable in Goldberg's opinion; see notes also | 0.20 200.00/hr | 40.00 |
| 12/18/2007 CEP Activity Date 12/18/07 - telephone conversation with Carlos Frens, Secretary of T & T Imports, who said that his boss wanted General to be taken out of case and that Lee had been advised of this. Lee called 2 minutes later, who told me to file a discontinuance as to General. I called attorney Goldberg and told him I was going to file a discontinuance, and he said to send him a copy | 0.25 200.00/hr | 50.00 |
| 12/19/2007 CEP Activity Date 12/19/07 - Read Rule 41(a)(1)(A)(ii) and prepared Notice of Voluntary Dismissal, read Judge's rules, called ECF clerk regarding filing procedure, answer was that Judge needs to say whether the defendant is taken off docket as a defendant, prepared cover letter to Judge and mailed him (and attorney for General and the pro se defendants to their addresses a copy of the documents, and emailed copy to General's attorney and to Lee | 1.20 200.00/hr | 240.00 |

For professional services rendered   1.77   $353.33

Additional Charges:

| | Qty/Price | Amount |
| --- | --- | --- |
| 12/19/2007 CEP Postage 12/19/07 - Postage 4 letters @ $.41 with Notice of Voluntary Dismissal and letter to the judge | 4 0.41 | 1.64 |
| 12/19/07 CEP Copying cost 12/19/07 - Copying cost - 2 pages x 6 copies = 12 copies | 72 0.15 | 10.80 |

Total additional charges   $3.44

Total amount of this bill   $366.77
Previous balance   $1,153.05
Balance due   $1,509.82

February 21, 2008

In Reference To: PACA 1 case - T & T Imports, Inc. v. Renzo Food Corp., d/b/a Fine
Fare Supermarket; Johnny Diaz, individually and in his corporate
capacity and General Trading Co., Inc.

Invoice #5210

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2008 | CEP | Activity Date<br>01/24/08 - submitted invoice dated 01/24/08 by mail and email - NO CHARGE | 0.17<br>200.00/hr | NO CHARGE |
| 1/24/2008 | CEP | Activity Date<br>01/24/08 - working on SJM papers, problem with notice to defendant re interest, attorneys' fees and 30-day suit | 1.00<br>200.00/hr | 200.00 |
| 1/25/2008 | CEP | Activity Date<br>01/25/08 - working on the motion papers and list of problems to be resolved | 1.00<br>200.00/hr | 200.00 |
| 1/28/2008 | CEP | Activity Date<br>01/28/08 - telephone call with Lee; reviewed my questions, Lee said SDNY doesn't require as much as EDNY | 0.10<br>200.00/hr | 20.00 |
| 1/29/2008 | CEP | Activity Date<br>01/29/08 - Reviewing problems; calling ECF Clerk for guidance in fixing original proof of service and the related pdf file; created pdf file for original proof of service; prepared letter to clerk for transmittal of original proof of service; hand-delivered to court; emailed pdf file to new case clerk of court with request for help if this procedure is not correct | 0.50<br>200.00/hr | 100.00 |
| 1/30/2008 | CEP | Activity Date<br>01/30/08 - clerk rejected the hand filing of original proof of service and made entry in FCF file; proper procedure: (i) file ecf copy of proof of service, (ii) print out receipt for the ecf filing; (iii) file original proof of service with the printout to the Clerk (who apparently all that time makes an adjustment to the docket entry which includes the date that<br><br>the answer is due | 0.07<br>200.00/hr | 13.33 |
| 1/31/2008 | CEP | Activity Date<br>01/31/08 - preparation of Request for Clerk to Enter a Default; preparation of Certificate of Clerk for Existence of a Default, preparation of declaration of Carl Person evidencing existence of a default; prepared proof of service; executed the various documents; made copies and mailed copy of motion papers to Renzo and to Diaz (last-known address); call to clerk for procedure; received fax; prepared pdf copy and filed the request for a default; made copy of receipt; took copy of motion papers and proposed Order with receipt printout and obtained certification of Order from Clerk, for use in default judgment motion | 2.00<br>200.00/hr | 400.00 |
| 2/1/2008 | CEP | Activity Date<br>02/01/08 - telephone conversation with Lee to update (have Clerk's certificate), going to speak with clerk to see if I can make default judgment motion without premotion letter due to default | 0.05<br>200.00/hr | 10.00 |
| 2/6/2008 | CEP | Activity Date<br>02/06/08 - reviewed Judge Keenan's rules; prepared letter requesting premotion conference for request to make a default judgment (by order to show cause), and attached Clerk's Certificate of Default; mailed to Judge and to two defendants | 0.67<br>200.00/hr | 133.33 |
| 2/13/2008 | CEP | Activity Date<br>02/13/08 - Judge's clerk telephone me to say that as to my pre-motion conference request, all I need to do is submit a proposed Order to show cause for him to review, sign, and put in service dates. | 0.08<br>200.00/hr | 16.67 |
| 2/14/2008 | CEP | Activity Date<br>02/14/08 - to LP - working on OSC, creating pdf file and emailing package to Lee | 1.00<br>200.00/hr | 200.00 |
| 2/20/2008 | CEP | Activity Date<br>02/20/08 - Lee called and brought over original of the declaration; reviewing papers | 0.08<br>200.00/hr | 16.67 |
| | | For professional services rendered | 6.72 | $1,310.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 1/29/2008 | CEP | Delivery Cost<br>01/29/08 - Hand Delivery Cost of letter to Clerk with original of proof of service | 1<br>8.75 | 8.75 |
| 1/29/2008 | CEP | Copying cost<br>01/29/08 - Copying cost - 2 copies of letter to Clerk | 2<br>0.15 | 0.30 |

3

| 1/31/2008 CFP | Copying cost<br>01/31/08 - Copying cost 7 x 5 pages + 1 Order = 36 page of the<br>Request to Enter a Default by Clerk | 36<br>0.15 | 5.40 |
|---|---|---|---|
| 1/31/2008 CFP | Postage<br>01/31/08 - Postage for mailing of copy of Request to Enter Default to<br>last-known addresses of Renzo and Diaz ($.58 x 2) | 2<br>0.58 | 1.16 |

| | | |
|---|---|---|
| Total additional charges | | $15.61 |
| Total amount of this bill | | $1,325.61 |
| Previous balance | | $2,443.16 |
| Balance due | | $3,768.77 |

$ 1,325.61

Total to date…………………………... $ 4,035.43



## Search PACA

*Search Again* 🔄      *Go Back to the previous page* ⬅

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 19930983 | 4/12/1993 | 4/12/2008 | Active |

| Business Name | | City | State |
|---|---|---|---|
| T & T IMPORTS INC | | BRONX | NY |

**Reported Principal (Last Name, First Name)**

TAVERAS, ANTONIO
TAVERAS, ROSA

**Trade Names**

T & T IMPORT INC

**Branch Name , Branch City , Branch State  None**

Return to: Perishable Agricultural Commodities Act (PACA)

# EXHIBIT 6

Print Selected Images

| Account | Serial Number | Date | Amount |
|---------|---------------|------|--------|
| 4310084 | 10027 | 10/10/2006 | $500.00 |

|  |
|---|
| Front Image |

10027

NYNB BANK
BRONX, N.Y. 10459
RENZO FOOD CORP.       A HUDSON VALLEY HOLDING CORP SUBSIDIARY
1-335-260

DATE 10/10/2006

PAY
TO THE     T&T IMPORT, CO.
ORDER OF
Five Hundred Dollars And No Cents                                    AMOUNT
                                                                     $500.00

⑈010027⑈ ⑆026003353⑈ 04310084⑈

|  |
|---|
| Back Image |

|  |
|---|
| Wachovia certifies that the above image(s) accurately represents the physical item from which it was produced. |

# EXHIBIT 7

# T & T Imports I

571 Austin Place
Bronx, NY 1045!
Tel. 718-401-915
Fax 718-401-738
E-mail ttimpo@gma

*New File*

9/6/07

To: U.S. Department of Agriculture-PACA

Dear Sir or Madam:

By this mean we would like to file a complaint against FINE FARE ...
located at 763 W. CONCOURSE VILLAGE AVENUE in BRONX, NEW YORK

We have made many attempts during several months to collect the amount owed, but the client would not pay. They also gave us a check back in october of 2006, which was returned for insufficient funds that has not been paid either. This situation represents a great set back for us because we lose credibility with our bank because of the returned check and also the amount of money owed is a rather considerable amount (US$9,929.25). The invoices we want to collect have been due for more that 12 months already and the agreed terms were 30 days or less from the date of the invoice.

In addition, we have recently learned that the bussines in being sold. We spoke to the new buyer and sent him a statement of the account, however when he reviewed it, he told us that he did not have any knowledge of that balance and that the previous owner is the one who has to take care of that. Despite of our countless phone calls and visits, we have not been able to get in contact with the previous owner for over one month.

We would like help collecting the quantity indebted, for our efforts have shown very little success. I have attached a copy of their statement, copies of all the due invoices and the returned check. If you need any further information, please do not hesitate to contact me.

Yours truly,

Carlos E. Frias
Secretary

# EXHIBIT 8