USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-12-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
T & T IMPORTS, INC.,

                Plaintiff,

v.

RENZO FOOD CORP., d/b/a Fine Fare Supermarket;
JOHNNY DIAZ, individually,
and GENERAL TRADING CO., INC.,

                Defendants.
---------------------------------------------------------------x

ECF CASE

07-CV-10990 (JFK) (DF)

ORDER GRANTING
PLAINTIFF'S MOTION FOR
ENTRY OF DEFAULT
JUDGMENT

Upon consideration of the Plaintiff's motion for entry of a default judgment against Defendants Renzo Food Corp. ("Renzo") and Johnny Diaz ("Diaz"), and declarations submitted by the Plaintiff and Plaintiff's counsel, and there being no opposition thereto, and it appearing to the Court that Defendants Renzo and Diaz failed to plead or otherwise defend in this action; and that a principal balance in the amount of $ 9,920.25 is due plaintiff, and that plaintiff are entitled to contract interest pursuant to the parties' agreement in the amount of $ 2,746.84, and that plaintiff incurred reasonable attorney's fees in the amount of $ 4,035.43, and that plaintiff has the right to recover against Defendants under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(a-c) ("PACA"), it is hereby

**ORDERED,** that Plaintiff's motion for entry of a default judgment be, and is hereby, granted; and it is further,

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff, T & T Imports, Inc., 571 Austin Place, Bronx, New York 10455, and against Renzo

1

Food Corp., and Johnny Diaz, 763 Concourse Village West, Bronx, New York 10451-3801, under PACA in the principal amount of $9,920.25, plus contract interest of $2,746.84, and an award of reasonable attorney fees and costs in the amount of $4,035.43 incurred by plaintiff, for a total judgment of $16,702.52.

      **ENTERED** this 12th day of MARCH, 2008.

                                                        *John F. Keenan*
                                                         **U.S.D.J.**